UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMIE ZAKER, *Individually and on Behalf of All Others Similarly Situated*,<br><br>                    Plaintiff,<br><br>                    -v.-<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>                    Defendants. | 21 Civ. 3060 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On April 8, 2021, Plaintiffs filed a class action lawsuit on behalf of certain stockholders in Ebang International Holdings Inc.  The complaint alleges violations of Section 10(b) of the Securities Exchange Act of 1934 (the "1934 Act"), 15 U.S.C. § 78j(b), and Rule 10b-5 thereunder, 17 C.F.R. § 240.10b-5; and Section 20(a) of the 1934 Act, 15 U.S.C. § 78t(a).

The Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

> Not later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class —
>
> > (I) of the pendency of the action, the claims asserted therein, and the purported class period … .

15 U.S.C. § 78u-4(a)(3)(A)(i)(I).

2

It is hereby ORDERED that no later than **April 29, 2021**, Plaintiffs shall advise the Court in writing of the date and manner in which they published this notice.

SO ORDERED.

Dated:     April 12, 2021
           New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge