**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMMIE ZAKER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>      Defendants. | Case No.: 1:21-cv-03060-KPF<br><br>Hon. Katherine Polk Failla |

**DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF DR. GOWRISANKAR NAIDU GALLA, GALLA INVESTMENTS INC., AND YAN YUAN'S MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF COUNSEL**

I, Shannon L. Hopkins, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movants Dr. Gowrisankar Naidu Galla, Galla Investments Inc., and Yan Yuan ("Movants") and proposed Lead Counsel for the Class.

2.    I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as Co-Lead Plaintiff and approval of their selection of Levi & Korsinsky as Lead Counsel for the Class.

3.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    PSLRA Certifications signed by Movants attesting to their transactions of Ebang International Holdings Inc. ("Ebang" or the "Company") securities;

Exhibit B:    Loss Charts reflecting the losses incurred by Movants as a result of their transactions in Ebang securities;

Exhibit C:      Press Release published April 8, 2021, on *Business Wire,* announcing the

pendency of the securities class action against defendants herein: *Zaker v.*

*Ebang International Holdings Inc., et. al.,* Case No. 1:21-cv-03060-KPF;

Exhibit D:      Joint Declaration signed by Movants; and

Exhibit E:      Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 7, 2021                                      Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By:  /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Dr. Gowrisankar Naidu*
*Galla, Galla Investments Inc., and Yan Yuan*
*and [Proposed] Lead Counsel for the Class*

2