# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Dr. Gowrisankar Naidu Galla, individually and on behalf of GALLA Investments Inc., for which I am the owner and duly authorized to act, duly certify, and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Morrisville, NC and have a Doctoral degree in Biology . I am currently employed as a Medical Doctor and have been investing in securities for 20 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transactions, and GALLA Investments Inc. transactions, in Ebang International Holdings Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I, nor GALLA Investments Inc., have not sought to serve nor served as a class representative in any federal securities fraud case.

7. I , on behalf of myself or GALLA Investments Inc., will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this June 3,2021 .

Name: Dr. Gowrisankar Naidu Galla,
        Individually and on behalf of
        GALLA Investments Inc.

Signed:

| Case Name | Ebang International Holdings Inc. |
|---|---|
| Ticker | EBON |
| Class Period | 06-26-2020 to 04-05-2021 |

**Acct. 1**

**Entity Name**

GALLA Investments Inc.

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-17-2021 | P | 6234 | $ 11.87 |
| 02-17-2021 | P | 50 | $ 11.87 |
| 02-17-2021 | P | 500 | $ 11.87 |
| 02-17-2021 | P | 1900 | $ 11.87 |
| 02-17-2021 | P | 3 | $ 11.87 |
| 02-17-2021 | P | 1000 | $ 11.87 |
| 02-17-2021 | P | 213 | $ 11.87 |
| 02-17-2021 | P | 100 | $ 11.87 |
| 03-26-2021 | P | 20000 | $ 07.80 |
| 04-01-2021 | P | 30000 | $ 06.96 |
| 04-01-2021 | P | 20000 | $ 06.80 |
| 04-05-2021 | P | 20000 | $ 06.37 |

| Case Name | Ebang International Holdings Inc. |
|---|---|
| Ticker | EBON |
| Class Period | 06-26-2020 to 04-05-2021 |

**Acct. 2**

**Client Name**

Dr. Gowrisankar Naidu Galla

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-17-2021 | P | 95 | $ 11.70 |
| 02-17-2021 | P | 100 | $ 11.70 |
| 02-17-2021 | P | 200 | $ 11.70 |
| 02-17-2021 | P | 200 | $ 11.70 |
| 02-17-2021 | P | 9034 | $ 11.70 |
| 02-17-2021 | P | 171 | $ 11.70 |
| 02-17-2021 | P | 100 | $ 11.70 |
| 02-17-2021 | P | 100 | $ 11.70 |
| 03-01-2021 | P | 1000 | $ 08.28 |
| 03-01-2021 | P | 529 | $ 08.28 |
| 03-01-2021 | P | 20 | $ 08.28 |
| 03-01-2021 | P | 1000 | $ 08.30 |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 03-01-2021 | P | 900 | $ 08.30 |
| 03-26-2021 | P | 8406 | $ 07.92 |
| 04-01-2021 | P | 27000 | $ 07.17 |
| 04-01-2021 | P | 3000 | $ 07.16 |
| 04-05-2021 | P | 20000 | $ 07.06 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 500 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 1015 | $ 06.40 |
| 04-05-2021 | P | 498 | $ 06.39 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 200 | $ 06.40 |
| 04-05-2021 | P | 42 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 11 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 13 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 354 | $ 06.39 |
| 04-05-2021 | P | 4146 | $ 06.39 |
| 04-05-2021 | P | 2300 | $ 06.39 |
| 04-05-2021 | P | 3766 | $ 06.39 |
| 04-05-2021 | P | 700 | $ 06.39 |
| 04-05-2021 | P | 400 | $ 06.40 |
| 04-05-2021 | P | 900 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 100 | $ 06.40 |
| 04-05-2021 | P | 15 | $ 06.40 |
| 04-05-2021 | P | 300 | $ 06.40 |
| 04-05-2021 | P | 200 | $ 06.40 |

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Yan Yuan , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Alameda, California and have a Master's Degree in Economics. I am currently retired but prior to that, I was employed as the Associate Director of Optum Services, Inc., a subsidiary of United Healthcare, and have been investing in securities for 5 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in Ebang International Holdings Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 19,2021 .

Name: Yan Yuan

Signed:

| Case Name | Ebang International Holdings Inc. |
|---|---|
| Ticker | EBON |
| Class Period | 06-26-2020 to 04-05-2021 |

**Acct. 1**

**Client Name**

Yan Yuan

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-19-2021 | P | 2000 | $ 11.0000 |
| 02-19-2021 | P | 3000 | $ 15.0000 |

OPTIONS

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Security |
|---|---|---|---|---|
| 2/18/2021 | Sell to Open | -30 | EBON FEB 19 2021 15.0 PUT | 3.2000 |
| 2/20/2021 | Assignment | 30 | EBON FEB 19 2021 15.0 PUT | 0.0000 |
| 12/19/2021 | Buy to Open | 35 | EBON MARCH 19 2021 12.50 CALL | 2.9500 |
| 3/12/2021 | Sell to Close | -35 | EBON MARCH 19 2021 12.50 CALL | 1.4734 |
| 2/19/2021 | Buy to Open | 10 | EBON MAR 19 2021 25.0 CALL | 1.5500 |
| 2/19/2021 | Buy to Open | 50 | EBON MAR 19 2021 25.0 CALL | 1.5500 |
| 2/19/2021 | Buy to Open | 90 | EBON MAR 19 2021 25.0 CALL | 1.5700 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 25.0 CALL | 0.3000 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 25.0 CALL | 0.3000 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 20.0 PUT | 0.3000 |
| 2/19/2021 | Sell to Open | -20 | EBON MAR 19 2021 20.0 PUT | 10.2000 |
| 3/12/2021 | Buy To Close | 20 | EBON MAR 19 2021 20.0 PUT | 9.7500 |

| Case Name | Ebang International Holdings Inc. |
|---|---|
| Ticker | EBON |
| Class Period | 06-26-2020 to 04-05-2021 |

**Acct. 2**

**Client Name**

Yan Yuan

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-18-2021 | P | 2000 | $ 11.2800 |
| 02-18-2021 | P | 5000 | $ 11.4317 |
| 02-18-2021 | P | 5000 | $ 11.2800 |
| 02-19-2021 | P | 3000 | $ 11.6299 |
| 02-19-2021 | P | 5000 | $ 11.4999 |

OPTIONS

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Security |
|---|---|---|---|---|
| 2/18/2021 | Sell to Open | -30 | EBON MAR 19 2021 20.0 PUT | 11.2900 |
| 2/18/2021 | Sell to Open | -20 | EBON MAR 19 2021 20.0 PUT | 11.3800 |
| 2/18/2021 | Sell to Open | -100 | EBON MAR 19 2021 20.0 PUT | 11.2000 |
| 3/12/2021 | Buy to Close | 20 | EBON MAR 19 2021 20.0 PUT | 10.0000 |
| 3/12/2021 | Buy to Close | 30 | EBON MAR 19 2021 20.0 PUT | 9.9000 |
| 3/12/2021 | Buy to Close | 50 | EBON MAR 19 2021 20.0 PUT | 9.8000 |
| 3/12/2021 | Buy to Close | 20 | EBON MAR 19 2021 20.0 PUT | 9.9000 |
| 3/12/2021 | Buy to Close | 24 | EBON MAR 19 2021 20.0 PUT | 9.7500 |
| 2/19/2021 | Buy to Open | 100 | EBON MAR 19 2021 25.0 CALL | 1.5300 |
| 3/12/2021 | Sell to Close | -100 | EBON MAR 19 2021 25.0 CALL | 0.3000 |
| 2/19/2021 | Buy to Close | 50 | EBON MAR 19 2021 15.0 CALL | 2.3400 |
| 3/12/2021 | Sell to Close | -48 | EBON MAR 19 2021 15.0 CALL | 0.9500 |

| Case Name | Ebang International Holdings Inc. |
|---|---|
| Ticker | EBON |
| Class Period | 06-26-2020 to 04-05-2021 |

| Acct. 3 |
|---|
| **Client Name** |
| Yan Yuan |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
|---|---|---|---|
| 02-18-2021 | P | 2000 | $ 12.6599 |
| 02-18-2021 | P | 2000 | $ 12.6399 |
| 02-18-2021 | P | 2000 | $ 12.8700 |
| 02-18-2021 | P | 2000 | $ 13.2279 |
| 02-18-2021 | P | 2000 | $ 13.1100 |
| 02-18-2021 | P | 2000 | $ 11.3300 |
| 02-19-2021 | P | 5000 | $ 11.2799 |
| 02-19-2021 | P | 7000 | $ 15.0000 |

OPTIONS

| Date of Transaction | Transaction Type | Quantity | Security ID | Price per Security |
|---|---|---|---|---|
| 2/18/2021 | Sell to Open | -50 | EBON MAR 19 2021 20.0 PUT | 10.7000 |
| 2/18/2021 | Sell to Open | -20 | EBON MAR 19 2021 20.0 PUT | 10.4000 |
| 3/12/2021 | Buy to Close | 50 | EBON MAR 19 2021 20.0 PUT | 9.7500 |
| 3/12/2021 | Buy to Close | 20 | EBON MAR 19 2021 20.0 PUT | 9.7500 |
| 2/18/2021 | Sell to Open | -50 | EBON FEB 19 2021 15.0 PUT | 2.7700 |
| 2/18/2021 | Sell to Open | -20 | EBON FEB 19 2021 15.0 PUT | 3.9000 |
| 2/19/2021 | Buy To Open | 50 | EBON MAR 19 2021 25.0 CALL | 1.5100 |
| 2/19/2021 | Buy To Open | 50 | EBON MAR 19 2021 25.0 CALL | 1.5200 |
| 3/12/2021 | Sell to Close | -48 | EBON MAR 19 2021 25.0 CALL | 0.3500 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 25.0 CALL | 0.3300 |
| 2/19/2021 | Buy To Open | 100 | EBON MAR 19 2021 20.0 CALL | 1.6900 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 20.0 CALL | 0.5000 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 20.0 CALL | 0.5200 |
| 2/23/2021 | Buy To Open | 100 | EBON MAR 19 2021 10.0 CALL | 1.1959 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 10.0 CALL | 2.2500 |
| 3/12/2021 | Sell to Close | -50 | EBON MAR 19 2021 10.0 CALL | 2.1500 |
| 3/5/2021 | Buy to Open | 50 | EBON APR 16 2021 7.50 CALL | 1.1500 |