# EXHIBIT B

**Yan Yuan**
**Transactions in Ebang International Holdings Inc. (EBON) Securities**
Class Period: 6/26/2020 and 04/05/2021, inclusive
Buy (B), Sell (S), Sell to Open (SO), Buy to Open (BO), Sell to Close (SC), Buy to Close (BC)

| | |
|---|---|
| Total LIFO Losses/(Gain) Options | $ (2,062.90) |
| Total Dura LIFO Losses/(Gain) Options | $ (69,221.00) |

**Acct 1**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/18/2021 | SO | -30 | EBON FEB 19 2021 15.0 PUT | 3.2 | ($9,600.00) |
| 2/20/2021 | ASSIGNED | 30 | EBON FEB 19 2021 15.0 PUT | | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 12/19/2021 | BO | 35 | EBON MARCH 19 2021 12.50 CALL | 2.95 | $10,325.00 |
| 3/12/2021 | SC | -35 | EBON MARCH 19 2021 12.50 CALL | 1.4734 | ($5,156.90) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2021 | BO | 10 | EBON MAR 19 2021 25.0 CALL | 1.55 | $1,550.00 |
| 2/19/2021 | BO | 50 | EBON MAR 19 2021 25.0 CALL | 1.55 | $7,750.00 |
| 2/19/2021 | BO | 90 | EBON MAR 19 2021 25.0 CALL | 1.57 | $14,130.00 |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 25.0 CALL | 0.3 | ($1,500.00) |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 25.0 CALL | 0.3 | ($1,500.00) |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 25.0 CALL | 0.3 | ($1,500.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2021 | SO | -20 | EBON MAR 19 2021 20.0 PUT | 10.2 | ($20,400.00) |
| 3/12/2021 | BC | 20 | EBON MAR 19 2021 20.0 PUT | 9.75 | $19,500.00 |

**Acct 2**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/18/2021 | SO | -30 | EBON MAR 19 2021 20.0 PUT | 11.29 | ($33,870.00) |
| 2/18/2021 | SO | -20 | EBON MAR 19 2021 20.0 PUT | 11.38 | ($22,760.00) |
| 2/18/2021 | SO | -100 | EBON MAR 19 2021 20.0 PUT | 11.2 | ($112,000.00) |
| 3/12/2021 | BC | 20 | EBON MAR 19 2021 20.0 PUT | 10 | $20,000.00 |
| 3/12/2021 | BC | 30 | EBON MAR 19 2021 20.0 PUT | 9.9 | $29,700.00 |
| 3/12/2021 | BC | 50 | EBON MAR 19 2021 20.0 PUT | 9.8 | $49,000.00 |
| 3/12/2021 | BC | 20 | EBON MAR 19 2021 20.0 PUT | 9.9 | $19,800.00 |
| 3/12/2021 | BC | 24 | EBON MAR 19 2021 20.0 PUT | 9.75 | $23,400.00 |
| 3/19/2021 | Expired | 6 | EBON MAR 19 2021 20.0 PUT | | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2021 | BO | 100 | EBON MAR 19 2021 25.0 CALL | 1.53 | $15,300.00 |
| 3/12/2021 | STC | -100 | EBON MAR 19 2021 25.0 CALL | 0.3 | ($3,000.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2021 | BO | 50 | EBON MAR 19 2021 15.0 CALL | 2.34 | $11,700.00 |
| 3/12/2021 | SC | -48 | EBON MAR 19 2021 15.0 CALL | 0.95 | ($4,560.00) |
| 3/19/2021 | Expired | -2 | EBON MAR 19 2021 15.0 CALL | | |

**Acct 3**

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/18/2021 | SO | -50 | EBON MAR 19 2021 20.0 PUT | 10.7 | ($53,500.00) |
| 2/18/2021 | SO | -20 | EBON MAR 19 2021 20.0 PUT | 10.4 | ($20,800.00) |
| 3/12/2021 | BC | 50 | EBON MAR 19 2021 20.0 PUT | 9.75 | $48,750.00 |
| 3/12/2021 | BC | 20 | EBON MAR 19 2021 20.0 PUT | 9.75 | $19,500.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/18/2021 | SO | -50 | EBON FEB 19 2021 15.0 PUT | 2.77 | ($13,850.00) |
| 2/18/2021 | SO | -20 | EBON FEB 19 2021 15.0 PUT | 3.9 | ($7,800.00) |
| 2/20/2021 | Assigned | 70 | EBON FEB 19 2021 15.0 PUT | | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
|---|---|---|---|---|---|
| 2/19/2021 | BO | 50 | EBON MAR 19 2021 25.0 CALL | 1.51 | $7,550.00 |

| 2/19/2021 | BO | 50 | EBON MAR 19 2021 25.0 CALL | 1.52 | $7,600.00 |
| 3/12/2021 | SC | -48 | EBON MAR 19 2021 25.0 CALL | 0.35 | ($1,680.00) |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 25.0 CALL | 0.33 | ($1,650.00) |
| 3/19/2021 | Expired | -2 | EBON MAR 19 2021 25.0 CALL | | $0.00 |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
| --- | --- | --- | --- | --- | --- |
| 2/19/2021 | BO | 100 | EBON MAR 19 2021 20.0 CALL | 1.69 | $16,900.00 |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 20.0 CALL | 0.5 | ($2,500.00) |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 20.0 CALL | 0.52 | ($2,600.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
| --- | --- | --- | --- | --- | --- |
| 2/23/2021 | BO | 100 | EBON MAR 19 2021 10.0 CALL | 1.1959 | $11,959.00 |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 10.0 CALL | 2.25 | ($11,250.00) |
| 3/12/2021 | SC | -50 | EBON MAR 19 2021 10.0 CALL | 2.15 | ($10,750.00) |

| Date of Transaction | Transaction Type | Quantity | Security | Price ($) | Cost/Proceeds ($) |
| --- | --- | --- | --- | --- | --- |
| 3/5/2021 | BO | 50 | EBON APR 16 2021 7.50 CALL | 1.15 | $5,750.00 |
| | AFTER - CP | | | | |
| 4/16/2021 | Expired | -50 | EBON APR 16 2021 7.50 CALL | | $0.00 |

| Client Name | Dr. Gowrisankar Naidu Galla |
|---|---|
| Company Name | Ebang International Holdings Inc. |
| Ticker Symbol | EBON |
| Security Type | |
| Class Period Start | 06-26-2020 |
| Class Period End | 04-05-2021 |
| 90-DAY Lookback Period Start | 04-06-2021 |
| 90-DAY Lookback Period End | 06-06-2021 |
| 90-DAY Lookback Average | $ 03.76 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $316,800.00 |
| *DURA LIFO* Total* | $316,800.00 |
| Gross Shares Purchased | 100,000.00 |
| Net Shares Retained | 100,000.00 |
| Net Funds Expended | $746,900.00 |

### GALLA Investments Inc.

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-17-2021 | 6234 | 11.87 | $ 73,997.58 | 05-24-2021 | | 6234 | $ 03.90 | | $ 24,312.60 | 6234 | - | $ 03.76 | | $ 49,684.98 | $ 49,684.98 |
| 02-17-2021 | 50 | 11.87 | $ 593.50 | 05-24-2021 | | 50 | $ 03.90 | | $ 195.00 | 50 | - | $ 03.76 | | $ 398.50 | $ 398.50 |
| 02-17-2021 | 500 | 11.87 | $ 5,935.00 | 05-24-2021 | | 500 | $ 03.90 | | $ 1,950.00 | 500 | - | $ 03.76 | | $ 3,985.00 | $ 3,985.00 |
| 02-17-2021 | 1900 | 11.87 | $ 22,553.00 | 05-24-2021 | | 1900 | $ 03.90 | | $ 7,410.00 | 1900 | - | $ 03.76 | | $ 15,143.00 | $ 15,143.00 |
| 02-17-2021 | 3 | 11.87 | $ 35.61 | 05-24-2021 | | 3 | $ 03.90 | | $ 11.70 | 3 | - | $ 03.76 | | $ 23.91 | $ 23.91 |
| 02-17-2021 | 1000 | 11.87 | $ 11,870.00 | 05-24-2021 | | 1000 | $ 03.90 | | $ 3,900.00 | 1000 | - | $ 03.76 | | $ 7,970.00 | $ 7,970.00 |
| 02-17-2021 | 213 | 11.87 | $ 2,528.31 | 05-24-2021 | | 213 | $ 03.90 | | $ 830.70 | 213 | - | $ 03.76 | | $ 1,697.61 | $ 1,697.61 |
| 02-17-2021 | 100 | 11.87 | $ 1,187.00 | 05-24-2021 | | 100 | $ 03.90 | | $ 390.00 | 100 | - | $ 03.76 | | $ 797.00 | $ 797.00 |
| 03-26-2021 | 20000 | 7.8 | $ 156,000.00 | 05-13-2021 | | 20000 | $ 04.17 | | $ 83,400.00 | 20000 | - | $ 03.76 | | $ 72,600.00 | $ 72,600.00 |
| 04-01-2021 | 10000 | 6.96 | $ 69,600.00 | 05-10-2021 | | 10000 | $ 04.33 | | $ 43,300.00 | 10000 | - | $ 03.76 | | $ 26,300.00 | $ 26,300.00 |
| 04-01-2021 | 10000 | 6.96 | $ 69,600.00 | 05-12-2021 | | 10000 | $ 04.23 | | $ 42,300.00 | 10000 | - | $ 03.76 | | $ 27,300.00 | $ 27,300.00 |
| 04-01-2021 | 10000 | 6.96 | $ 69,600.00 | 05-12-2021 | | 10000 | $ 04.23 | | $ 42,300.00 | 10000 | - | $ 03.76 | | $ 27,300.00 | $ 27,300.00 |
| 04-01-2021 | 18000 | 6.8 | $ 122,400.00 | 05-06-2021 | | 18000 | $ 04.43 | | $ 79,740.00 | 18000 | - | $ 03.76 | | $ 42,660.00 | $ 42,660.00 |
| 04-01-2021 | 2000 | 6.8 | $ 13,600.00 | 05-06-2021 | | 2000 | $ 04.43 | | $ 8,860.00 | 2000 | - | $ 03.76 | | $ 4,740.00 | $ 4,740.00 |
| 04-05-2021 | 20000 | 6.37 | $ 127,400.00 | 05-03-2021 | | 20000 | $ 04.56 | | $ 91,200.00 | 20000 | - | $ 03.76 | | $ 36,200.00 | $ 36,200.00 |
| Total: | 100,000 | | $746,900 | | | 100,000 | | | $430,100 | 100,000 | | | | $316,800.00 | $316,800.00 |

| Client Name | Dr. Gowrisankar Naidu Galla |
|---|---|
| Company Name | Ebang International Holdings Inc. |
| Ticker Symbol | EBON |
| Security Type | |
| Class Period Start | 06-26-2020 |
| Class Period End | 04-05-2021 |
| 90-DAY Lookback Period Start | 04-06-2021 |
| 90-DAY Lookback Period End | 06-06-2021 |
| 90-DAY Lookback Average | $ 03.76 |
| Pre Class Period Holdings | 0 |

**SUMMARY OF FINANCIAL INTEREST**

| | |
|---|---|
| LIFO Loss Total | $306,551.60 |
| *DURA LIFO* Total* | $306,551.60 |
| Gross Shares Purchased | 90,000.00 |
| Net Shares Retained | 90,000.00 |
| Net Funds Expended | $684,451.60 |

### Dr. Gowrisankar Naidu Galla

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-17-2021 | 95 | 11.7 | $ 1,111.50 | 05-24-2021 | | 95 | $ 03.90 | | $ 370.50 | 95 | - | $ 03.76 | | $ 741.00 | $ 741.00 |
| 02-17-2021 | 100 | 11.7 | $ 1,170.00 | 05-24-2021 | | 100 | $ 03.90 | | $ 390.00 | 100 | - | $ 03.76 | | $ 780.00 | $ 780.00 |
| 02-17-2021 | 200 | 11.7 | $ 2,340.00 | 05-24-2021 | | 200 | $ 03.90 | | $ 780.00 | 200 | - | $ 03.76 | | $ 1,560.00 | $ 1,560.00 |
| 02-17-2021 | 200 | 11.7 | $ 2,340.00 | 05-24-2021 | | 200 | $ 03.90 | | $ 780.00 | 200 | - | $ 03.76 | | $ 1,560.00 | $ 1,560.00 |
| 02-17-2021 | 9034 | 11.7 | $ 105,697.80 | 05-24-2021 | | 9034 | $ 03.90 | | $ 35,232.60 | 9034 | - | $ 03.76 | | $ 70,465.20 | $ 70,465.20 |
| 02-17-2021 | 171 | 11.7 | $ 2,000.70 | 05-24-2021 | | 171 | $ 03.90 | | $ 666.90 | 171 | - | $ 03.76 | | $ 1,333.80 | $ 1,333.80 |
| 02-17-2021 | 100 | 11.7 | $ 1,170.00 | 05-24-2021 | | 100 | $ 03.90 | | $ 390.00 | 100 | - | $ 03.76 | | $ 780.00 | $ 780.00 |
| 02-17-2021 | 100 | 11.7 | $ 1,170.00 | 05-24-2021 | | 100 | $ 03.90 | | $ 390.00 | 100 | - | $ 03.76 | | $ 780.00 | $ 780.00 |
| 03-01-2021 | 1000 | 8.28 | $ 8,280.00 | 05-24-2021 | | 1000 | $ 03.90 | | $ 3,900.00 | 1000 | - | $ 03.76 | | $ 4,380.00 | $ 4,380.00 |
| 03-01-2021 | 529 | 8.28 | $ 4,380.12 | 05-24-2021 | | 529 | $ 03.90 | | $ 2,063.10 | 529 | - | $ 03.76 | | $ 2,317.02 | $ 2,317.02 |
| 03-01-2021 | 20 | 8.28 | $ 165.60 | 05-24-2021 | | 20 | $ 03.90 | | $ 78.00 | 20 | - | $ 03.76 | | $ 87.60 | $ 87.60 |
| 03-01-2021 | 1000 | 8.3 | $ 8,300.00 | 05-24-2021 | | 1000 | $ 03.90 | | $ 3,900.00 | 1000 | - | $ 03.76 | | $ 4,400.00 | $ 4,400.00 |
| 03-01-2021 | 900 | 8.3 | $ 7,470.00 | 05-24-2021 | | 900 | $ 03.90 | | $ 3,510.00 | 900 | - | $ 03.76 | | $ 3,960.00 | $ 3,960.00 |
| 03-26-2021 | 1855 | 7.92 | $ 14,691.60 | 05-13-2021 | | 1855 | $ 04.17 | | $ 7,735.35 | 1855 | - | $ 03.76 | | $ 6,956.25 | $ 6,956.25 |
| 03-26-2021 | 6551 | 7.92 | $ 51,883.92 | 05-24-2021 | | 6551 | $ 03.90 | | $ 25,548.90 | 6551 | - | $ 03.76 | | $ 26,335.02 | $ 26,335.02 |
| 04-01-2021 | 8855 | 7.17 | $ 63,490.35 | 05-12-2021 | | 8855 | $ 04.23 | | $ 37,456.65 | 8855 | - | $ 03.76 | | $ 26,033.70 | $ 26,033.70 |
| 04-01-2021 | 18145 | 7.17 | $ 130,099.65 | 05-13-2021 | | 18145 | $ 04.17 | | $ 75,664.65 | 18145 | - | $ 03.76 | | $ 54,435.00 | $ 54,435.00 |
| 04-01-2021 | 1855 | 7.16 | $ 13,281.80 | 05-12-2021 | | 1855 | $ 04.23 | | $ 7,846.65 | 1855 | - | $ 03.76 | | $ 5,435.15 | $ 5,435.15 |
| 04-01-2021 | 1145 | 7.16 | $ 8,198.20 | 05-12-2021 | | 1145 | $ 04.23 | | $ 4,843.35 | 1145 | - | $ 03.76 | | $ 3,354.85 | $ 3,354.85 |
| 04-05-2021 | 1855 | 7.06 | $ 13,096.30 | 05-06-2021 | | 1855 | $ 04.43 | | $ 8,217.65 | 1855 | - | $ 03.76 | | $ 4,878.65 | $ 4,878.65 |
| 04-05-2021 | 10000 | 7.06 | $ 70,600.00 | 05-10-2021 | | 10000 | $ 04.33 | | $ 43,300.00 | 10000 | - | $ 03.76 | | $ 27,300.00 | $ 27,300.00 |

| Date | Shares | Price | Amount | Date | Shares | Price | Amount | Shares | | Price | | Amount | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04-05-2021 | 8145 | 7.06 | $57,503.70 | 05-12-2021 | 8145 | $04.23 | $34,453.35 | 8145 | - | $03.76 | | $23,050.35 | $23,050.35 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 500 | 6.4 | $3,200.00 | 05-06-2021 | 500 | $04.43 | $2,215.00 | 500 | - | $03.76 | | $985.00 | $985.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 1015 | 6.4 | $6,496.00 | 05-06-2021 | 1015 | $04.43 | $4,496.45 | 1015 | - | $03.76 | | $1,999.55 | $1,999.55 |
| 04-05-2021 | 498 | 6.39 | $3,182.22 | 05-06-2021 | 498 | $04.43 | $2,206.14 | 498 | - | $03.76 | | $976.08 | $976.08 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 200 | 6.4 | $1,280.00 | 05-06-2021 | 200 | $04.43 | $886.00 | 200 | - | $03.76 | | $394.00 | $394.00 |
| 04-05-2021 | 42 | 6.4 | $268.80 | 05-06-2021 | 42 | $04.43 | $186.06 | 42 | - | $03.76 | | $82.74 | $82.74 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 11 | 6.4 | $70.40 | 05-06-2021 | 11 | $04.43 | $48.73 | 11 | - | $03.76 | | $21.67 | $21.67 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 13 | 6.4 | $83.20 | 05-06-2021 | 13 | $04.43 | $57.59 | 13 | - | $03.76 | | $25.61 | $25.61 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 354 | 6.39 | $2,262.06 | 05-06-2021 | 354 | $04.43 | $1,568.22 | 354 | - | $03.76 | | $693.84 | $693.84 |
| 04-05-2021 | 4146 | 6.39 | $26,492.94 | 05-06-2021 | 4146 | $04.43 | $18,366.78 | 4146 | - | $03.76 | | $8,126.16 | $8,126.16 |
| 04-05-2021 | 2300 | 6.39 | $14,697.00 | 05-06-2021 | 2300 | $04.43 | $10,189.00 | 2300 | - | $03.76 | | $4,508.00 | $4,508.00 |
| 04-05-2021 | 3766 | 6.39 | $24,064.74 | 05-06-2021 | 3766 | $04.43 | $16,683.38 | 3766 | - | $03.76 | | $7,381.36 | $7,381.36 |
| 04-05-2021 | 700 | 6.39 | $4,473.00 | 05-06-2021 | 700 | $04.43 | $3,101.00 | 700 | - | $03.76 | | $1,372.00 | $1,372.00 |
| 04-05-2021 | 400 | 6.4 | $2,560.00 | 05-06-2021 | 400 | $04.43 | $1,772.00 | 400 | - | $03.76 | | $788.00 | $788.00 |
| 04-05-2021 | 900 | 6.4 | $5,760.00 | 05-06-2021 | 900 | $04.43 | $3,987.00 | 900 | - | $03.76 | | $1,773.00 | $1,773.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 100 | 6.4 | $640.00 | 05-06-2021 | 100 | $04.43 | $443.00 | 100 | - | $03.76 | | $197.00 | $197.00 |
| 04-05-2021 | 15 | 6.4 | $96.00 | 05-06-2021 | 15 | $04.43 | $66.45 | 15 | - | $03.76 | | $29.55 | $29.55 |
| 04-05-2021 | 300 | 6.4 | $1,920.00 | 05-06-2021 | 300 | $04.43 | $1,329.00 | 300 | - | $03.76 | | $591.00 | $591.00 |
| 04-05-2021 | 200 | 6.4 | $1,280.00 | 05-06-2021 | 200 | $04.43 | $886.00 | 200 | - | $03.76 | | $394.00 | $394.00 |
| **Total:** | **90,000** | | **$684,451.60** | | **90,000** | | **$377,900** | **90,000** | | | | **$306,551.60** | **$306,551.60** |

| | |
|---|---|
| **Client Name** | Yan Yuan |
| **Company Name** | Ebang International Holdings Inc. |
| **Ticker Symbol** | EBON |
| **Security Type** | |
| **Class Period Start** | 06-26-2020 |
| **Class Period End** | 04-05-2021 |
| **90-DAY Lookback Period Start** | 04-06-2021 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $42,170.00 |
| *DURA LIFO* Total* | $42,170.00 |
| Gross Shares Purchased | 5,000.00 |
| Net Shares Retained | 5,000.00 |
| Net Funds Expended | $67,000.00 |

| 90-DAY Lookback Period End | 06-06-2021 |
|---|---|
| 90-DAY Lookback Average | $ 03.76 |
| Pre Class Period Holdings | 0 |

### Yan Yuan - Acct. 1

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-19-2021 | 2000 | 11 | $ 22,000.00 | 04-16-2021 | 2000 | | $ 04.96 | $ 9,920.00 | | 2000 | - | $ 03.76 | | $ 12,080.00 | $ 12,080.00 |
| 02-19-2021 | 1000 | 15 | $ 15,000.00 | 04-15-2021 | 1000 | | $ 04.97 | $ 4,970.00 | | 1000 | - | $ 03.76 | | $ 10,030.00 | $ 10,030.00 |
| 02-19-2021 | 1000 | 15 | $ 15,000.00 | 04-15-2021 | 1000 | | $ 04.97 | $ 4,970.00 | | 1000 | - | $ 03.76 | | $ 10,030.00 | $ 10,030.00 |
| 02-19-2021 | 1000 | 15 | $ 15,000.00 | 04-15-2021 | 1000 | | $ 04.97 | $ 4,970.00 | | 1000 | - | $ 03.76 | | $ 10,030.00 | $ 10,030.00 |
| Total: | 5,000 | | $67,000 | | 5,000 | | | $24,830 | | 5,000 | | | | $42,170.00 | $42,170.00 |

| Client Name | Yan Yuan |
|---|---|
| Company Name | Ebang International Holdings Inc. |
| Ticker Symbol | EBON |
| Security Type | |
| Class Period Start | 06-26-2020 |
| Class Period End | 04-05-2021 |
| 90-DAY Lookback Period Start | 04-06-2021 |
| 90-DAY Lookback Period End | 06-06-2021 |
| 90-DAY Lookback Average | $ 03.76 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $153,314.68 |
| *DURA LIFO* Total* | $153,314.68 |
| Gross Shares Purchased | 20,000.00 |
| Net Shares Retained | 20,000.00 |
| Net Funds Expended | $228,507.70 |

### Yan Yuan - Acct. 2

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-18-2021 | 2000 | 11.28 | $ 22,560.00 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 15,040.70 | $ 15,040.70 |
| 02-18-2021 | 5000 | 11.4317 | $ 57,158.50 | | | | | | - | 5000 | 5000 | $ 03.76 | $ 18,798.26 | $ 38,360.24 | $ 38,360.24 |
| 02-18-2021 | 5000 | 11.28 | $ 56,400.00 | | | | | | - | 5000 | 5000 | $ 03.76 | $ 18,798.26 | $ 37,601.74 | $ 37,601.74 |
| 02-19-2021 | 3000 | 11.6299 | $ 34,889.70 | | | | | | - | 3000 | 3000 | $ 03.76 | $ 11,278.95 | $ 23,610.75 | $ 23,610.75 |
| 02-19-2021 | 5000 | 11.4999 | $ 57,499.50 | | | | | | - | 5000 | 5000 | $ 03.76 | $ 18,798.26 | $ 38,701.24 | $ 38,701.24 |
| Total: | 20,000 | | $228,507.70 | | | | | | | 20,000 | 20,000 | | $75,193.02 | $153,314.68 | $153,314.68 |

| Client Name | Yan Yuan |
|---|---|
| Company Name | Ebang International Holdings Inc. |
| Ticker Symbol | EBON |
| Security Type | |
| Class Period Start | 06-26-2020 |
| Class Period End | 04-05-2021 |
| 90-DAY Lookback Period Start | 04-06-2021 |
| 90-DAY Lookback Period End | 06-06-2021 |
| 90-DAY Lookback Average | $ 03.76 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $222,843.27 |
| *DURA LIFO* Total* | $222,843.27 |
| Gross Shares Purchased | 24,000.00 |
| Net Shares Retained | 24,000.00 |
| Net Funds Expended | $313,074.90 |

### Yan Yuan - Acct. 3

| | Purchases | | | | Sales | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 02-18-2021 | 2000 | 12.6599 | $ 25,319.80 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 17,800.50 | $ 17,800.50 |
| 02-18-2021 | 2000 | 12.6399 | $ 25,279.80 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 17,760.50 | $ 17,760.50 |
| 02-18-2021 | 2000 | 12.87 | $ 25,740.00 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 18,220.70 | $ 18,220.70 |
| 02-18-2021 | 2000 | 13.2279 | $ 26,455.80 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 18,936.50 | $ 18,936.50 |
| 02-18-2021 | 2000 | 13.11 | $ 26,220.00 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 18,700.70 | $ 18,700.70 |
| 02-18-2021 | 2000 | 11.33 | $ 22,660.00 | | | | | | - | 2000 | 2000 | $ 03.76 | $ 7,519.30 | $ 15,140.70 | $ 15,140.70 |
| 02-19-2021 | 5000 | 11.2799 | $ 56,399.50 | | | | | | - | 5000 | 5000 | $ 03.76 | $ 18,798.26 | $ 37,601.24 | $ 37,601.24 |
| 02-19-2021 | 7000 | 15 | $ 105,000.00 | | | | | | - | 7000 | 7000 | $ 03.76 | $ 26,317.56 | $ 78,682.44 | $ 78,682.44 |
| Total: | 24,000 | | $313,074.90 | | | | | | | 24,000 | 24,000 | | $90,231.63 | $222,843.27 | $222,843.27 |

| SUMMARY OF FINANCIAL INTEREST - Dr. Galla, GALLA Investments Inc, and Yan Yuan |
|---|

| | |
|---|---|
| LIFO Loss Total | $1,039,616.65 |
| *DURA LIFO\* Total* | $972,458.55 |
| **Gross Shares Purchased** | 239,000.00 |
| **Net Shares Retained** | 239,000.00 |
| **Net Funds Expended\*\*** | $2,039,934.20 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective dsiclosure cmatched to intra-class period purchases.

\*\* Not including funds expended on options