# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| TOMMIE ZAKER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN, <br><br> Defendants. |

Case No.: 1:21-cv-03060-KPF

Hon. Katherine Polk Failla

**JOINT DECLARATION IN SUPPORT OF THE MOTION OF DR. GOWRISANKAR**
**NAIDU GALLA, GALLA INVESTMENTS INC., AND YAN YUAN FOR**
**APPOINTMENT AS CO-LEAD PLAINTIFFS AND**
**APPROVAL OF SELECTION OF COUNSEL**

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We, Dr. Gowrisankar Naidu Galla, GALLA Investments Inc., and Yan Yuan ("Movants"), respectfully submit this Joint Declaration in support of our Motion for Appointment as Co-Lead Plaintiffs and Approval of Selection of Counsel (the "Joint Declaration"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2.      We are each informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for lead plaintiff in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

---

[1] The "Class" consists of all purchasers of Ebang International Holdings Inc. ("Ebang" or the "Company") securities between June 26, 2020 and April 5, 2021, inclusive (the "Class Period").

3.      On April 8, 2021, Tommie Zaker filed a putative class action in this District, C.A. No. 1:21-cv-03060-KPF (the "*Zaker* Action"), on behalf of all purchasers of Ebang securities during the Class Period.  The *Zaker* Action seeks relief against Ebang and certain of its senior officers for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the U.S. Securities and Exchange Commission.

4.      On April 20, 2021, Konstantin Zeva commenced a nearly identical action in the United States District Court for the District of New Jersey entitled *Zeva v. Ebang International Holdings, Inc., et al.,* C.A. No. 2:21-cv-09859-CCC-LDW (D.N.J.) (the "*Zeva* Action", and collectively with the *Zaker* Action, the "Actions"), on behalf of the same Class, asserting nearly identical claims against the same defendants as the *Zaker* Action.

5.      I, Dr. Gowrisankar Naidu Galla, individually and as the owner of GALLA Investments Inc., as reflected in my Certification, purchased Ebang securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Morrisville, North Carolina.  I have a Doctoral Degree in Biology and am currently employed as a Medical Doctor. I consider myself to be a sophisticated investor and have been investing for twenty years. I decided to seek appointment as lead plaintiff with Yan Yuan after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

6.      I, Yan Yuan, as reflected in my Certification, purchased Ebang securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class.  I currently reside in Alameda, California.  I have a Master's Degree

in Economics. I am retired, but prior to retirement I was the Associate Director of Optum Services, Inc., a subsidiary of United Healthcare.  I consider myself to be a sophisticated investor and have been investing for five years. I decided to seek appointment as lead plaintiff with Dr. Gowrisankar Naidu Galla and GALLA Investments Inc. after learning of Dr. Galla's motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

7.      We, Dr. Gowrisankar Naidu Galla, GALLA Investments Inc., and Yan Yuan, believe that the allegations against Ebang are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves control the Actions.  We believe that our combined efforts, knowledge, and diverse background will better serve the Class.  If appointed lead plaintiff, our primary goal will be to ensure that the Class achieves the largest possible recovery.

8.      We are like-minded investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Actions as Lead Counsel. After discussing the allegations against Ebang, the procedural background of the Actions, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

9.      Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we communicated with one another and our counsel on Monday, June 7, 2021, at approximately 12:45 PM EST, where we discussed among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Actions; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two like-minded investors like us; a shared desire to achieve

3

the best possible result for the class; our interests in prosecuting the case in a collaborative, likeminded manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

10. We believe that the Class will benefit from having two highly motivated investors with substantial financial interests at stake as lead plaintiff. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We decided to work together in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Ebang shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

11. We each understand that, if appointed, we would owe a fiduciary duty to the Class to provide effective representation and to ensure that Lead Counsel effectively litigates the Actions. All of us understand that if we are appointed as lead plaintiff, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. All of us will do our best to maximize the recovery for the Class.

12. If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Actions including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

13. Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that a disagreement arises, we agree to present the parties' respective views to a qualified independent arbitrator who has previously served as a state or federal judge and to be bound by any decisions made by the arbitrator.

14. We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Actions to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Actions in a cost-effective manner and in the best interests of all members of the putative Class.

15. It is our goal to resolve the Actions in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Actions are prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Actions in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and

5

communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Actions. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

16. We have also directed counsel to keep us informed of any developments in the Actions—including any developments in the lead plaintiff proceedings. To this end, we will continue to direct Lead Counsel and oversee the prosecution of the Actions for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Actions.

16. We, Dr. Gowrisankar Naidu Galla, GALLA Investments Inc., and Yan Yuan, hereby reaffirm our commitment to satisfying the fiduciary duties that we will owe to the Class if appointed as Co-Lead Plaintiff, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Actions. Our main goal is obtaining the largest recovery possible for the Class.

I, Dr. Gowrisankar Naidu Galla, individually and on behalf of GALLA Investments Inc., declare pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of June, 2021.

DocuSigned by:

*Dr. Gowrisankar Naidu Galla*

73213E5023E84A5...

Dr. Gowrisankar Naidu Galla,
Individually and on behalf of
GALLA Investments Inc.

I, Yan Yuan, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury that the foregoing is true and correct.

Executed this 7th day of June, 2021.

DocuSigned by:

*Yan Yuan*

BB668E0A2A8648C...

Yan Yuan