**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMMIE ZAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>Defendants. | Case No. 1:21-cv-03060-KPF<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF BRIJESH BHAGAT'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Jeffrey C. Block, declare, under penalty of perjury:

1. I am the Managing Partner of the law firm of Block & Leviton LLP. I submit this declaration in support of the motion of Brijesh Bhagat for appointment as lead plaintiff and for approval of his selection of counsel.

2. Attached hereto as Exhibit A is a copy of a press release issued by Glancy Prongay & Murray LLP, dated April 8, 2021, announcing the filing of a class action against the above-referenced defendants with a class period running from June 26, 2020 to April 5, 2021, and noticing that the filing date for appointment as Lead Plaintiff is June 7, 2021.

3. Attached hereto as Exhibit B is Mr. Bhagat's PSLRA Certification.

4. Attached hereto as Exhibit C is a chart reflecting Mr. Bhagat's losses in the relevant securities.

5. Attached hereto as Exhibit D is the Declaration of Brijesh Bhagat.

2

6.      Attached hereto as Exhibit E is a true and accurate copy of the firm resume of Block & Leviton LLP, proposed Lead Counsel.


Dated: June 7, 2021                              */s/ Jeffrey C. Block*
                                                 Jeffrey C. Block

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Jeffrey C. Block
Jeffrey C. Block