# EXHIBIT B

## PLAINTIFF'S CERTIFICATION

I, Brijesh Bhagat, hereby certify under penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge, information, and belief:

1. I have reviewed the complaint on file in this action against **EBang International Holdings, Inc.** (the "Company") and authorize the filing of a motion, pursuant to the Private Securities Litigation Reform Act of 1995, for appointment as lead plaintiff on my behalf.

2. I did not purchase the securities that are the subject of this lawsuit at the direction of counsel or to participate in any private action arising under the federal securities laws.

3. My wife and I are joint accountholders of the first Account (#1) listed below. My wife has assigned her claims, demands, and/or causes of action of any kind involving claims against the Company under the federal securities laws.

4. My transactions in the Company's securities during the Class Period are as follows:

**Account #1 - Shares**

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| February 17, 2021 | Buy | 100 | $6.2501 |
| February 18, 2021 | Buy | 5,000 | $8.10 |
| February 18, 2021 | Buy | 5,000 | $7.4476 |
| February 18, 2021 | Buy | 500 | $8.24 |
| February 18, 2021 | Sell | 5,000 | $7.65 |
| February 18, 2021 | Sell | 5,000 | $8.20 |
| February 19, 2021 | Buy | 10,000 | $9.05 |
| February 19, 2021 | Buy | 10,000 | $9.29 |
| February 19, 2021 | Sell | 10,000 | $9.39 |
| February 19, 2021 | Sell | 10,000 | $9.15 |
| February 23, 2021 | Buy | 5,000 | $11.6593 |
| February 23, 2021 | Buy | 5,000 | $11.67 |
| February 23, 2021 | Buy | 5,000 | $11.64 |
| February 23, 2021 | Buy | 5,000 | $11.98 |
| February 23, 2021 | Buy | 5,000 | $12.25 |
| February 23, 2021 | Buy | 5,000 | $11.887 |
| February 23, 2021 | Buy | 5,000 | $11.89 |
| February 23, 2021 | Buy | 5,000 | $11.69 |
| February 23, 2021 | Buy | 5,000 | $11.69 |
| February 23, 2021 | Buy | 2,000 | $11.3128 |
| February 23, 2021 | Sell | 5,000 | $11.79 |
| February 23, 2021 | Sell | 5,000 | $12.1316 |

| February 23, 2021 | Sell | 5,000 | $11.72 |
| February 23, 2021 | Sell | 5,000 | $11.76 |
| February 23, 2021 | Sell | 5,000 | $12.09 |
| February 23, 2021 | Sell | 5,000 | $12.12 |
| February 23, 2021 | Sell | 5,000 | $11.74 |
| February 23, 2021 | Sell | 1,208 | $11.40 |
| February 23, 2021 | Sell | 792 | $11.40 |
| February 24, 2021 | Buy | 5,000 | $9.94 |
| February 24, 2021 | Buy | 2,000 | $9.4765 |
| February 24, 2021 | Buy | 2,000 | $9.48 |
| February 24, 2021 | Buy | 2,000 | $8.40 |
| February 24, 2021 | Sell | 5,000 | $10.06 |
| February 24, 2021 | Sell | 2,000 | $9.58 |
| February 24, 2021 | Sell | 1,996 | $8.73 |
| February 24, 2021 | Sell | 4 | $8.73 |
| February 25, 2021 | Buy | 2,000 | $7.23 |
| February 25, 2021 | Buy | 3,000 | $7.186 |
| February 25, 2021 | Buy | 2,000 | $6.60 |
| February 25, 2021 | Buy | 5,000 | $6.71 |
| February 25, 2021 | Sell | 710 | $6.83 |
| February 25, 2021 | Sell | 1,000 | $6.83 |
| February 25, 2021 | Sell | 2,290 | $6.83 |
| February 25, 2021 | Sell | 1,000 | $6.83 |
| February 26, 2021 | Buy | 10,000 | $7.79 |
| February 26, 2021 | Buy | 2,000 | $7.7001 |
| February 26, 2021 | Buy | 2,000 | $7.36 |
| February 26, 2021 | Sell | 10,000 | $7.92 |
| February 26, 2021 | Sell | 86 | $7.30 |
| February 26, 2021 | Sell | 973 | $7.30 |
| February 26, 2021 | Sell | 10 | $7.30 |
| February 26, 2021 | Sell | 931 | $7.30 |
| March 1, 2021 | Buy | 2,000 | $7.45 |
| March 1, 2021 | Buy | 1,058 | $7.45 |
| March 1, 2021 | Buy | 200 | $7.45 |
| March 1, 2021 | Buy | 742 | $7.45 |
| March 3, 2021 | Buy | 2,000 | $7.97 |
| March 3, 2021 | Sell | 2,000 | $7.55 |
| March 3, 2021 | Sell | 150 | $7.99 |
| March 3, 2021 | Sell | 5 | $7.99 |
| March 3, 2021 | Sell | 100 | $7.99 |
| March 3, 2021 | Sell | 100 | $7.99 |
| March 3, 2021 | Sell | 1,645 | $8.10 |
| March 4, 2021 | Buy | 2,000 | $7.95 |
| March 4, 2021 | Buy | 2,000 | $7.1489 |
| March 4, 2021 | Sell | 2,000 | $7.25 |

| March 5, 2021 | Buy | 2,000 | $7.80 |
|---|---|---|---|
| March 5, 2021 | Buy | 2,000 | $7.22 |
| March 5, 2021 | Buy | 2,000 | $7.26 |
| March 5, 2021 | Buy | 2,000 | $7.25 |
| March 5, 2021 | Sell | 2,000 | $7.8862 |
| March 5, 2021 | Sell | 2,000 | $7.34 |
| March 5, 2021 | Sell | 2,000 | $7.36 |
| March 9, 2021 | Buy | 2,000 | $5.93 |
| March 9, 2021 | Buy | 2,000 | $5.29 |
| March 10, 2021 | Buy | 2,000 | $5.8099 |
| March 10, 2021 | Sell | 1,900 | $5.81 |
| March 10, 2021 | Sell | 100 | $5.81 |
| March 11, 2021 | Buy | 5,000 | $7.0695 |
| March 11, 2021 | Sell | 4,000 | $7.17 |
| March 11, 2021 | Sell | 1,000 | $7.17 |
| March 12, 2021 | Buy | 5,000 | $7.7098 |
| March 12, 2021 | Buy | 5,000 | $7.40 |
| March 12, 2021 | Buy | 2,000 | $6.85 |
| March 12, 2021 | Sell | 961 | $6.95 |
| March 12, 2021 | Sell | 1,039 | $6.95 |
| March 15, 2021 | Sell | 5,000 | $7.50 |
| March 15, 2021 | Sell | 200 | $8.28 |
| March 15, 2021 | Sell | 100 | $8.30 |
| March 15, 2021 | Sell | 100 | $8.30 |
| March 15, 2021 | Sell | 200 | $8.30 |
| March 15, 2021 | Sell | 100 | $8.30 |
| March 15, 2021 | Sell | 200 | $8.30 |
| March 15, 2021 | Sell | 15 | $8.30 |
| March 15, 2021 | Sell | 2,980 | $8.30 |
| March 15, 2021 | Sell | 300 | $8.30 |
| March 15, 2021 | Sell | 215 | $8.33 |
| March 15, 2021 | Sell | 15 | $8.34 |
| March 15, 2021 | Sell | 405 | $8.26 |
| March 15, 2021 | Sell | 170 | $8.27 |
| March 16, 2021 | Buy | 5,000 | $10.56 |
| March 16, 2021 | Buy | 5,000 | $10.3486 |
| March 16, 2021 | Buy | 5,000 | $10.48 |
| March 16, 2021 | Buy | 5,000 | $10.42 |
| March 16, 2021 | Sell | 10,000 | $9.1602 |
| March 16, 2021 | Sell | 10,000 | $9.1427 |
| March 16, 2021 | Sell | 5,000 | $9.4215 |
| March 16, 2021 | Sell | 5,000 | $10.71 |
| March 16, 2021 | Sell | 5,000 | $10.5862 |
| March 16, 2021 | Sell | 4,129 | $10.5306 |
| March 17, 2021 | Buy | 5,000 | $12.2502 |

Doc ID: 38167efa00837a965cb18bd25f0022e7534de556

| March 17, 2021 | Buy | 2,000 | $11.2495 |
|---|---|---|---|
| March 17, 2021 | Buy | 2,000 | $11.26 |
| March 17, 2021 | Buy | 2,000 | $11.24 |
| March 17, 2021 | Buy | 297 | $11.30 |
| March 17, 2021 | Buy | 300 | $11.30 |
| March 17, 2021 | Buy | 167 | $11.30 |
| March 17, 2021 | Buy | 500 | $11.30 |
| March 17, 2021 | Buy | 3,701 | $11.30 |
| March 17, 2021 | Buy | 35 | $11.30 |
| March 17, 2021 | Sell | 2,000 | $11.92 |
| March 17, 2021 | Sell | 5,000 | $12.35 |
| March 17, 2021 | Sell | 600 | $12.04 |
| March 17, 2021 | Sell | 3,000 | $11.60 |
| March 17, 2021 | Sell | 2,000 | $11.35 |
| March 17, 2021 | Sell | 2,000 | $11.42 |
| March 18, 2021 | Buy | 2,000 | $9.9933 |
| March 18, 2021 | Buy | 5,000 | $10.6334 |
| March 18, 2021 | Buy | 5,000 | $11.09 |
| March 18, 2021 | Buy | 5,000 | $11.11 |
| March 18, 2021 | Buy | 2,000 | $10.69 |
| March 18, 2021 | Sell | 13,871 | $9.8248 |
| March 18, 2021 | Sell | 2,000 | $10.4397 |
| March 18, 2021 | Sell | 5,000 | $11.33 |
| March 18, 2021 | Sell | 1,000 | $11.34 |
| March 19, 2021 | Buy | 2,000 | $10.02 |
| March 19, 2021 | Buy | 5,000 | $10.17 |
| March 19, 2021 | Buy | 5,000 | $11.1486 |
| March 19, 2021 | Buy | 5,000 | $11.21 |
| March 19, 2021 | Buy | 5,000 | $11.0058 |
| March 19, 2021 | Buy | 20 | $10.55 |
| March 19, 2021 | Buy | 600 | $11.70 |
| March 19, 2021 | Buy | 9 | $11.79 |
| March 19, 2021 | Buy | 20 | $11.79 |
| March 19, 2021 | Buy | 392 | $11.70 |
| March 19, 2021 | Buy | 1,000 | $11.70 |
| March 19, 2021 | Buy | 8 | $11.70 |
| March 19, 2021 | Buy | 3 | $11.79 |
| March 19, 2021 | Buy | 50 | $11.80 |
| March 19, 2021 | Buy | 896 | $11.80 |
| March 19, 2021 | Buy | 125 | $11.80 |
| March 19, 2021 | Buy | 870 | $11.80 |
| March 19, 2021 | Buy | 27 | $11.80 |
| March 19, 2021 | Sell | 2,000 | $10.17 |
| March 19, 2021 | Sell | 5,000 | $10.28 |
| March 19, 2021 | Sell | 4,000 | $11.14 |

Doc ID: 38167efa00837a965cb18bd25f0022e7534de556

| March 19, 2021 | Sell | 5,000 | $11.20 |
|---|---|---|---|
| March 19, 2021 | Sell | 5,000 | $11.12 |
| March 19, 2021 | Sell | 5,000 | $11.26 |
| March 19, 2021 | Sell | 721 | $11.80 |
| March 19, 2021 | Sell | 1,279 | $11.80 |
| March 19, 2021 | Sell | 2,000 | $11.81 |
| March 22, 2021 | Buy | 2,500 | $11.11 |
| March 22, 2021 | Buy | 2,000 | $11.60 |
| March 22, 2021 | Buy | 2,000 | $11.3545 |
| March 22, 2021 | Buy | 2,000 | $10.80 |
| March 22, 2021 | Sell | 2,500 | $12.2643 |
| March 23, 2021 | Buy | 2,000 | $10.60 |
| March 23, 2021 | Buy | 2,000 | $11.08 |
| March 23, 2021 | Buy | 2,000 | $11.19 |
| March 23, 2021 | Buy | 5,000 | $11.19 |
| March 23, 2021 | Buy | 2,000 | $11.03 |
| March 23, 2021 | Buy | 2,000 | $10.90 |
| March 23, 2021 | Buy | 2,000 | $10.60 |
| March 23, 2021 | Sell | 820 | $11.05 |
| March 23, 2021 | Sell | 2,000 | $11.28 |
| March 23, 2021 | Sell | 2,000 | $11.00 |
| March 23, 2021 | Sell | 5,000 | $11.29 |
| March 23, 2021 | Sell | 2,000 | $10.9822 |
| March 23, 2021 | Sell | 2,000 | $10.66 |
| March 24, 2021 | Buy | 2,000 | $10.11 |
| March 24, 2021 | Buy | 2,000 | $9.89 |
| March 24, 2021 | Buy | 2,000 | $9.65 |
| March 24, 2021 | Buy | 32 | $8.91 |
| March 24, 2021 | Buy | 43 | $8.91 |
| March 24, 2021 | Buy | 40 | $8.92 |
| March 24, 2021 | Buy | 730 | $8.92 |
| March 24, 2021 | Buy | 56 | $8.95 |
| March 24, 2021 | Buy | 100 | $8.95 |
| March 24, 2021 | Buy | 999 | $8.95 |
| March 24, 2021 | Sell | 2,000 | $10.32 |
| March 24, 2021 | Sell | 2,000 | $9.90 |
| March 25, 2021 | Buy | 2,000 | $9.14 |
| March 25, 2021 | Buy | 2,000 | $9.11 |
| March 25, 2021 | Buy | 2,000 | $8.91 |
| March 25, 2021 | Buy | 2,000 | $9.08 |
| March 25, 2021 | Buy | 2,000 | $8.87 |
| March 25, 2021 | Sell | 139 | $9.295 |
| March 25, 2021 | Sell | 1,861 | $9.44 |
| March 25, 2021 | Sell | 2,000 | $9.34 |
| March 25, 2021 | Sell | 2,000 | $9.1079 |

Doc ID: 38167efa00837a965cb18bd25f0022e7534de556

| March 25, 2021 | Sell | 2,000 | $9.208 |
| March 25, 2021 | Sell | 2,000 | $9.21 |
| March 26, 2021 | Buy | 5,000 | $9.30 |
| March 26, 2021 | Buy | 5,000 | $9.4596 |
| March 26, 2021 | Buy | 5,000 | $8.95 |
| March 26, 2021 | Buy | 5,000 | $8.65 |
| March 29, 2021 | Buy | 5,000 | $6.96 |
| March 29, 2021 | Buy | 5,000 | $6.95 |
| March 29, 2021 | Buy | 1,916 | $7.31 |
| March 29, 2021 | Buy | 3,000 | $7.78 |
| March 29, 2021 | Sell | 5,000 | $7.05 |
| March 29, 2021 | Sell | 5,000 | $7.5202 |
| March 30, 2021 | Buy | 5,000 | $7.9897 |
| March 31, 2021 | Buy | 5,000 | $7.95 |
| March 31, 2021 | Buy | 5,000 | $7.42 |
| March 31, 2021 | Buy | 5,000 | $7.43 |
| March 31, 2021 | Sell | 5,000 | $8.05 |
| March 31, 2021 | Sell | 5,000 | $7.52 |
| March 31, 2021 | Sell | 1,815 | $7.43 |
| April 1, 2021 | Buy | 2,000 | $7.45 |
| April 1, 2021 | Buy | 5,000 | $7.41 |
| April 1, 2021 | Buy | 5,000 | $7.4824 |
| April 1, 2021 | Buy | 5,000 | $7.49 |
| April 1, 2021 | Buy | 5,000 | $7.51 |
| April 1, 2021 | Buy | 5,000 | $7.54 |
| April 1, 2021 | Buy | 5,000 | $7.80 |
| April 1, 2021 | Buy | 5,000 | $7.81 |
| April 1, 2021 | Buy | 2,000 | $7.86 |
| April 1, 2021 | Sell | 3,185 | $7.51 |
| April 1, 2021 | Sell | 2,000 | $7.48 |
| April 1, 2021 | Sell | 5,000 | $7.47 |
| April 1, 2021 | Sell | 5,000 | $7.50 |
| April 1, 2021 | Sell | 5,000 | $7.55 |
| April 1, 2021 | Sell | 5,000 | $7.56 |
| April 1, 2021 | Sell | 5,000 | $7.59 |
| April 1, 2021 | Sell | 5,000 | $7.8498 |
| April 1, 2021 | Sell | 5,000 | $7.91 |
| April 5, 2021 | Buy | 5,000 | $7.68 |
| April 5, 2021 | Buy | 5,000 | $7.53 |
| April 5, 2021 | Buy | 2,000 | $7.72 |
| April 5, 2021 | Buy | 5,000 | $8.099 |
| April 5, 2021 | Buy | 5,000 | $8.15 |
| April 5, 2021 | Buy | 5,000 | $7.91 |
| April 5, 2021 | Buy | 5,000 | $8.0194 |
| April 5, 2021 | Buy | 5,000 | $7.94 |

Doc ID: 38167efa00837a965cb18bd25f0022e7534de556

| April 5, 2021 | Buy | 5,000 | $8.04 |
|---|---|---|---|
| April 5, 2021 | Buy | 5,000 | $8.06 |
| April 5, 2021 | Sell | 5,000 | $7.72 |
| April 5, 2021 | Sell | 2,000 | $7.78 |
| April 5, 2021 | Sell | 2,000 | $7.96 |
| April 5, 2021 | Sell | 5,000 | $7.78 |
| April 5, 2021 | Sell | 5,000 | $8.24 |
| April 5, 2021 | Sell | 5,000 | $8.21 |
| April 5, 2021 | Sell | 5,000 | $7.96 |
| April 5, 2021 | Sell | 5,000 | $8.04 |
| April 5, 2021 | Sell | 5,000 | $8.08 |
| April 5, 2021 | Sell | 5,000 | $8.09 |

## Account #1 - Options

| Date | Type (Buy/Sell) | Option Contract | Quantity | Option Contract Price (x100) |
|---|---|---|---|---|
| March 29, 2021 | Buy | $12.50 Call Exp. Apr. 16, 2021 | 1 | $0.3734 |
| March 29, 2021 | Buy | $12.50 Call Exp. Apr. 16, 2021 | 1 | $0.3534 |
| March 30, 2021 | Sell | $12.50 Call Exp. Apr. 16, 2021 | 1 | $0.38 |
| March 30, 2021 | Sell | $12.50 Call Exp. Apr. 16, 2021 | 1 | $0.36 |

## Account #2 - Shares

| Date | Transaction Type (Buy/Sell) | Quantity of Shares | Price Per Share |
|---|---|---|---|
| February 18, 2021 | Buy | 330 | $8.03 |
| February 18, 2021 | Buy | 1,500 | $7.75 |
| February 18, 2021 | Buy | 1,500 | $8.04 |
| February 18, 2021 | Buy | 2,500 | $8.11 |
| February 18, 2021 | Buy | 2,500 | $8.15 |
| February 18, 2021 | Buy | 3,000 | $8.11 |
| February 18, 2021 | Sell | 229 | $8.23 |
| February 18, 2021 | Sell | 1,500 | $7.80 |
| February 18, 2021 | Sell | 2,500 | $8.21 |
| February 18, 2021 | Sell | 3,101 | $8.22 |
| February 18, 2021 | Sell | 4,000 | $8.15 |
| February 19, 2021 | Buy | 500 | $8.70 |
| February 19, 2021 | Buy | 2,000 | $9.08 |
| February 19, 2021 | Buy | 2,000 | $9.103215 |
| February 19, 2021 | Sell | 1,502 | $9.05 |
| February 19, 2021 | Sell | 2,943 | $9.43 |
| February 22, 2021 | Buy | 3,000 | $10.715347 |
| February 22, 2021 | Sell | 3,055 | $10.75 |

| March 22, 2021 | Buy | 500 | $11.70 |
| March 22, 2021 | Buy | 500 | $11.58 |
| March 22, 2021 | Buy | 500 | $11.68 |
| March 22, 2021 | Buy | 1,000 | $11.80 |
| March 22, 2021 | Buy | 1,000 | $11.38 |
| March 22, 2021 | Sell | 500 | $11.80 |
| March 22, 2021 | Sell | 1,000 | $11.82 |
| March 22, 2021 | Sell | 1,000 | $12.26 |

## Account #2 – Options

| Date | Type (Buy/Sell) | Option Contract | Quantity | Option Contract Price (x100) |
|---|---|---|---|---|
| March 30, 2021 | Buy | $12.50 Call Exp. Apr. 16, 2021 | 10 | $0.40 |

5. I am willing to serve as a representative party on behalf of the Class of investors who purchased or acquired the Company's securities during the class period specified in the complaint, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed, nor ever been appointed, as lead plaintiff or class representative in any class action arising under the securities laws of the United States.

7. I will not accept any payment for serving as a representative party on behalf of the Class beyond my *pro rata* share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 06 / 07 / 2021

Brijesh Bhagat

## ASSIGNMENT OF CLAIMS

This Assignment of Claims is made and effective on June 7, 2021:

BETWEEN: Parul Bhagat (the "Assignor");

AND: Brijesh Bhagat (the "Assignee"):

1.  Assignor and Assignee are wife and husband;

2.  Assignor hereby transfers to Assignee and his successors, assigns, and personal representatives, any and all rights, title, and interest of Assignor in Assignor's claims, demands, or causes of action of any kind whatsoever that Assignor has or may have involving Ebang International Holdings, Inc. securities under the federal securities laws;

3.  Assignee may, in his own name, prosecute, settle, comprise, and grant releases on such claims, as it, in its sole discretion, deems advisable;

4.  Assignee shall remain the beneficiary of any recovery that Assignor obtains in the prosecution, settlement, and/or compromise of such claims.

Executed on ____06 / 07 / 2021____ :

_____
Assignor
Parul Bhagat

_____
Assignee
Brijesh Bhagat