# EXHIBIT C

# EBON Loss Chart

| Class Period Start | 6/26/2020 |
|---|---|
| Class Period End | 4/5/2021 |
| Lookback Price (through 6/7) | $ 3.75 |

## Shares Purchased and Sold During Class Period

| Transaction | Date | Shares | Price Per Share | Total Spent | Transaction | Date | Shares | Price Per Share | Total Received | Profit (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 2/18/2021 | 5000 | $ 7.45 | $ 37,250.00 | Sale | 2/18/2021 | 5000 | $ 7.65 | $ 38,250.00 | $ 1,000.00 |
| Purchase | 2/18/2021 | 1500 | $ 7.75 | $ 11,625.00 | Sale | 2/18/2021 | 1500 | $ 7.80 | $ 11,700.00 | $ 75.00 |
| Purchase | 2/18/2021 | 330 | $ 8.03 | $ 2,649.90 | Sale | 2/18/2021 | 330 | $ 8.15 | $ 2,689.50 | $ 39.60 |
| Purchase | 2/18/2021 | 1500 | $ 8.04 | $ 12,060.00 | Sale | 2/18/2021 | 1500 | $ 8.15 | $ 12,225.00 | $ 165.00 |
| Purchase | 2/18/2021 | 2170 | $ 8.10 | $ 17,577.00 | Sale | 2/18/2021 | 2170 | $ 8.15 | $ 17,685.50 | $ 108.50 |
| Purchase | 2/18/2021 | 2830 | $ 8.10 | $ 22,923.00 | Sale | 2/18/2021 | 2830 | $ 8.20 | $ 23,206.00 | $ 283.00 |
| Purchase | 2/18/2021 | 2170 | $ 8.11 | $ 17,598.70 | Sale | 2/18/2021 | 2170 | $ 8.20 | $ 17,794.00 | $ 195.30 |
| Purchase | 2/18/2021 | 330 | $ 8.11 | $ 2,676.30 | Sale | 2/18/2021 | 330 | $ 8.21 | $ 2,709.30 | $ 33.00 |
| Purchase | 2/18/2021 | 2170 | $ 8.11 | $ 17,598.70 | Sale | 2/18/2021 | 2170 | $ 8.21 | $ 17,815.70 | $ 217.00 |
| Purchase | 2/18/2021 | 830 | $ 8.11 | $ 6,731.30 | Sale | 2/18/2021 | 830 | $ 8.22 | $ 6,822.60 | $ 91.30 |
| Purchase | 2/18/2021 | 2271 | $ 8.15 | $ 18,508.65 | Sale | 2/18/2021 | 2271 | $ 8.22 | $ 18,667.62 | $ 158.97 |
| Purchase | 2/18/2021 | 229 | $ 8.15 | $ 1,866.35 | Sale | 2/18/2021 | 229 | $ 8.23 | $ 1,884.67 | $ 18.32 |
| Purchase | 2/19/2021 | 500 | $ 8.70 | $ 4,350.00 | Sale | 2/19/2021 | 500 | $ 9.05 | $ 4,525.00 | $ 175.00 |
| Purchase | 2/19/2021 | 1002 | $ 9.05 | $ 9,068.10 | Sale | 2/19/2021 | 1002 | $ 9.05 | $ 9,068.10 | $ - |
| Purchase | 2/19/2021 | 8998 | $ 9.05 | $ 81,431.90 | Sale | 2/19/2021 | 8998 | $ 9.15 | $ 82,331.70 | $ 899.80 |
| Purchase | 2/19/2021 | 1002 | $ 9.08 | $ 9,098.16 | Sale | 2/19/2021 | 1002 | $ 9.15 | $ 9,168.30 | $ 70.14 |
| Purchase | 2/19/2021 | 998 | $ 9.08 | $ 9,061.84 | Sale | 2/19/2021 | 998 | $ 9.39 | $ 9,371.22 | $ 309.38 |
| Purchase | 2/19/2021 | 2000 | $ 9.10 | $ 18,200.00 | Sale | 2/19/2021 | 2000 | $ 9.39 | $ 18,780.00 | $ 580.00 |
| Purchase | 2/19/2021 | 7002 | $ 9.29 | $ 65,048.58 | Sale | 2/19/2021 | 7002 | $ 9.39 | $ 65,748.78 | $ 700.20 |
| Purchase | 2/19/2021 | 2943 | $ 9.29 | $ 27,340.47 | Sale | 2/19/2021 | 2943 | $ 9.43 | $ 27,752.49 | $ 412.02 |
| Purchase | 2/22/2021 | 3000 | $ 10.72 | $ 32,160.00 | Sale | 2/22/2021 | 3000 | $ 10.75 | $ 32,250.00 | $ 90.00 |
| Purchase | 2/19/2021 | 55 | $ 9.29 | $ 510.95 | Sale | 2/22/2021 | 55 | $ 10.75 | $ 591.25 | $ 80.30 |
| Purchase | 2/23/2021 | 1208 | $ 11.31 | $ 13,662.48 | Sale | 2/23/2021 | 1208 | $ 11.40 | $ 13,771.20 | $ 108.72 |
| Purchase | 2/23/2021 | 792 | $ 11.31 | $ 8,957.52 | Sale | 2/23/2021 | 792 | $ 11.40 | $ 9,028.80 | $ 71.28 |
| Purchase | 2/23/2021 | 5000 | $ 11.64 | $ 58,200.00 | Sale | 2/23/2021 | 5000 | $ 11.72 | $ 58,600.00 | $ 400.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.66 | $ 58,300.00 | Sale | 2/23/2021 | 5000 | $ 11.74 | $ 58,700.00 | $ 400.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.67 | $ 58,350.00 | Sale | 2/23/2021 | 5000 | $ 11.76 | $ 58,800.00 | $ 450.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.69 | $ 58,450.00 | Sale | 2/23/2021 | 5000 | $ 11.79 | $ 58,950.00 | $ 500.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.69 | $ 58,450.00 | Sale | 2/23/2021 | 5000 | $ 12.09 | $ 60,450.00 | $ 2,000.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.89 | $ 59,450.00 | Sale | 2/23/2021 | 5000 | $ 12.12 | $ 60,600.00 | $ 1,150.00 |
| Purchase | 2/23/2021 | 5000 | $ 11.89 | $ 59,450.00 | Sale | 2/23/2021 | 5000 | $ 12.13 | $ 60,650.00 | $ 1,200.00 |
| Purchase | 2/24/2021 | 1996 | $ 8.40 | $ 16,766.40 | Sale | 2/24/2021 | 1996 | $ 8.73 | $ 17,425.08 | $ 658.68 |
| Purchase | 2/24/2021 | 4 | $ 8.40 | $ 33.60 | Sale | 2/24/2021 | 4 | $ 8.73 | $ 34.92 | $ 1.32 |
| Purchase | 2/24/2021 | 2000 | $ 9.48 | $ 18,960.00 | Sale | 2/24/2021 | 2000 | $ 9.58 | $ 19,160.00 | $ 200.00 |
| Purchase | 2/24/2021 | 2000 | $ 9.48 | $ 18,960.00 | Sale | 2/24/2021 | 2000 | $ 10.06 | $ 20,120.00 | $ 1,160.00 |
| Purchase | 2/24/2021 | 3000 | $ 9.94 | $ 29,820.00 | Sale | 2/24/2021 | 3000 | $ 10.06 | $ 30,180.00 | $ 360.00 |
| Purchase | 2/25/2021 | 710 | $ 6.60 | $ 4,686.00 | Sale | 2/25/2021 | 710 | $ 6.83 | $ 4,849.30 | $ 163.30 |
| Purchase | 2/25/2021 | 1000 | $ 6.60 | $ 6,600.00 | Sale | 2/25/2021 | 1000 | $ 6.83 | $ 6,830.00 | $ 230.00 |
| Purchase | 2/25/2021 | 290 | $ 6.60 | $ 1,914.00 | Sale | 2/25/2021 | 290 | $ 6.83 | $ 1,980.70 | $ 66.70 |
| Purchase | 2/25/2021 | 2000 | $ 6.71 | $ 13,420.00 | Sale | 2/25/2021 | 2000 | $ 6.83 | $ 13,660.00 | $ 240.00 |
| Purchase | 2/25/2021 | 1000 | $ 6.71 | $ 6,710.00 | Sale | 2/25/2021 | 1000 | $ 6.83 | $ 6,830.00 | $ 120.00 |
| Purchase | 2/26/2021 | 86 | $ 7.36 | $ 632.96 | Sale | 2/26/2021 | 86 | $ 7.30 | $ 627.80 | $ (5.16) |
| Purchase | 2/26/2021 | 973 | $ 7.36 | $ 7,161.28 | Sale | 2/26/2021 | 973 | $ 7.30 | $ 7,102.90 | $ (58.38) |
| Purchase | 2/26/2021 | 10 | $ 7.36 | $ 73.60 | Sale | 2/26/2021 | 10 | $ 7.30 | $ 73.00 | $ (0.60) |
| Purchase | 2/26/2021 | 931 | $ 7.36 | $ 6,852.16 | Sale | 2/26/2021 | 931 | $ 7.30 | $ 6,796.30 | $ (55.86) |
| Purchase | 2/26/2021 | 2000 | $ 7.70 | $ 15,400.00 | Sale | 2/26/2021 | 2000 | $ 7.92 | $ 15,840.00 | $ 440.00 |
| Purchase | 2/26/2021 | 8000 | $ 7.79 | $ 62,320.00 | Sale | 2/26/2021 | 8000 | $ 7.92 | $ 63,360.00 | $ 1,040.00 |
| Purchase | 3/3/2021 | 2000 | $ 7.97 | $ 15,940.00 | Sale | 3/3/2021 | 2000 | $ 7.55 | $ 15,100.00 | $ (840.00) |
| Purchase | 3/1/2021 | 150 | $ 7.45 | $ 1,117.50 | Sale | 3/3/2021 | 150 | $ 7.99 | $ 1,198.50 | $ 81.00 |
| Purchase | 3/1/2021 | 5 | $ 7.45 | $ 37.25 | Sale | 3/3/2021 | 5 | $ 7.99 | $ 39.95 | $ 2.70 |
| Purchase | 3/1/2021 | 100 | $ 7.45 | $ 745.00 | Sale | 3/3/2021 | 100 | $ 7.99 | $ 799.00 | $ 54.00 |
| Purchase | 3/1/2021 | 100 | $ 7.45 | $ 745.00 | Sale | 3/3/2021 | 100 | $ 7.99 | $ 799.00 | $ 54.00 |
| Purchase | 3/1/2021 | 1645 | $ 7.45 | $ 12,255.25 | Sale | 3/3/2021 | 1645 | $ 8.10 | $ 13,324.50 | $ 1,069.25 |
| Purchase | 3/4/2021 | 2000 | $ 7.15 | $ 14,300.00 | Sale | 3/4/2021 | 2000 | $ 7.25 | $ 14,500.00 | $ 200.00 |
| Purchase | 3/5/2021 | 2000 | $ 7.22 | $ 14,440.00 | Sale | 3/5/2021 | 2000 | $ 7.34 | $ 14,680.00 | $ 240.00 |
| Purchase | 3/5/2021 | 2000 | $ 7.25 | $ 14,500.00 | Sale | 3/5/2021 | 2000 | $ 7.36 | $ 14,720.00 | $ 220.00 |
| Purchase | 3/5/2021 | 2000 | $ 7.26 | $ 14,520.00 | Sale | 3/5/2021 | 2000 | $ 7.89 | $ 15,780.00 | $ 1,260.00 |
| Purchase | 3/10/2021 | 1900 | $ 5.81 | $ 11,039.00 | Sale | 3/10/2021 | 1900 | $ 5.81 | $ 11,039.00 | $ - |
| Purchase | 3/10/2021 | 100 | $ 5.81 | $ 581.00 | Sale | 3/10/2021 | 100 | $ 5.81 | $ 581.00 | $ - |
| Purchase | 3/11/2021 | 4000 | $ 7.07 | $ 28,280.00 | Sale | 3/11/2021 | 4000 | $ 7.17 | $ 28,680.00 | $ 400.00 |
| Purchase | 3/11/2021 | 1000 | $ 7.07 | $ 7,070.00 | Sale | 3/11/2021 | 1000 | $ 7.17 | $ 7,170.00 | $ 100.00 |
| Purchase | 3/12/2021 | 961 | $ 6.85 | $ 6,582.85 | Sale | 3/12/2021 | 961 | $ 6.95 | $ 6,678.95 | $ 96.10 |
| Purchase | 3/12/2021 | 1039 | $ 6.85 | $ 7,117.15 | Sale | 3/12/2021 | 1039 | $ 6.95 | $ 7,221.05 | $ 103.90 |
| Purchase | 3/12/2021 | 5000 | $ 7.40 | $ 37,000.00 | Sale | 3/15/2021 | 5000 | $ 7.50 | $ 37,500.00 | $ 500.00 |
| Purchase | 3/12/2021 | 405 | $ 7.71 | $ 3,122.55 | Sale | 3/15/2021 | 405 | $ 8.26 | $ 3,345.30 | $ 222.75 |
| Purchase | 3/12/2021 | 170 | $ 7.71 | $ 1,310.70 | Sale | 3/15/2021 | 170 | $ 8.27 | $ 1,405.90 | $ 95.20 |
| Purchase | 3/12/2021 | 200 | $ 7.71 | $ 1,542.00 | Sale | 3/15/2021 | 200 | $ 8.28 | $ 1,656.00 | $ 114.00 |
| Purchase | 3/12/2021 | 100 | $ 7.71 | $ 771.00 | Sale | 3/15/2021 | 100 | $ 8.30 | $ 830.00 | $ 59.00 |
| Purchase | 3/12/2021 | 100 | $ 7.71 | $ 771.00 | Sale | 3/15/2021 | 100 | $ 8.30 | $ 830.00 | $ 59.00 |
| Purchase | 3/12/2021 | 200 | $ 7.71 | $ 1,542.00 | Sale | 3/15/2021 | 200 | $ 8.30 | $ 1,660.00 | $ 118.00 |
| Purchase | 3/12/2021 | 100 | $ 7.71 | $ 771.00 | Sale | 3/15/2021 | 100 | $ 8.30 | $ 830.00 | $ 59.00 |
| Purchase | 3/12/2021 | 200 | $ 7.71 | $ 1,542.00 | Sale | 3/15/2021 | 200 | $ 8.30 | $ 1,660.00 | $ 118.00 |
| Purchase | 3/12/2021 | 15 | $ 7.71 | $ 115.65 | Sale | 3/15/2021 | 15 | $ 8.30 | $ 124.50 | $ 8.85 |
| Purchase | 3/12/2021 | 2980 | $ 7.71 | $ 22,975.80 | Sale | 3/15/2021 | 2980 | $ 8.30 | $ 24,734.00 | $ 1,758.20 |
| Purchase | 3/12/2021 | 300 | $ 7.71 | $ 2,313.00 | Sale | 3/15/2021 | 300 | $ 8.30 | $ 2,490.00 | $ 177.00 |
| Purchase | 3/12/2021 | 215 | $ 7.71 | $ 1,657.65 | Sale | 3/15/2021 | 215 | $ 8.33 | $ 1,790.95 | $ 133.30 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/12/2021 | 15 | $ | 7.71 | $ | 115.65 | Sale | 3/15/2021 | 15 | $ | 8.34 | $ | 125.10 | $ | 9.45 |
| Purchase | 3/16/2021 | 5000 | $ | 10.35 | $ | 51,750.00 | Sale | 3/16/2021 | 5000 | $ | 9.14 | $ | 45,700.00 | $ | (6,050.00) |
| Purchase | 3/16/2021 | 5000 | $ | 10.42 | $ | 52,100.00 | Sale | 3/16/2021 | 5000 | $ | 9.14 | $ | 45,700.00 | $ | (6,400.00) |
| Purchase | 3/16/2021 | 5000 | $ | 10.48 | $ | 52,400.00 | Sale | 3/16/2021 | 5000 | $ | 9.16 | $ | 45,800.00 | $ | (6,600.00) |
| Purchase | 3/16/2021 | 5000 | $ | 10.56 | $ | 52,800.00 | Sale | 3/16/2021 | 5000 | $ | 9.16 | $ | 45,800.00 | $ | (7,000.00) |
| Purchase | 3/9/2021 | 2000 | $ | 5.29 | $ | 10,580.00 | Sale | 3/16/2021 | 2000 | $ | 9.42 | $ | 18,840.00 | $ | 8,260.00 |
| Purchase | 3/9/2021 | 2000 | $ | 5.93 | $ | 11,860.00 | Sale | 3/16/2021 | 2000 | $ | 9.42 | $ | 18,840.00 | $ | 6,980.00 |
| Purchase | 3/5/2021 | 1000 | $ | 7.80 | $ | 7,800.00 | Sale | 3/16/2021 | 1000 | $ | 9.42 | $ | 9,420.00 | $ | 1,620.00 |
| Purchase | 3/5/2021 | 1000 | $ | 7.80 | $ | 7,800.00 | Sale | 3/16/2021 | 1000 | $ | 10.53 | $ | 10,530.00 | $ | 2,730.00 |
| Purchase | 3/4/2021 | 2000 | $ | 7.95 | $ | 15,900.00 | Sale | 3/16/2021 | 2000 | $ | 10.53 | $ | 21,060.00 | $ | 5,160.00 |
| Purchase | 3/1/2021 | 1058 | $ | 7.45 | $ | 7,882.10 | Sale | 3/16/2021 | 1058 | $ | 10.53 | $ | 11,140.74 | $ | 3,258.64 |
| Purchase | 3/1/2021 | 71 | $ | 7.45 | $ | 528.95 | Sale | 3/16/2021 | 71 | $ | 10.53 | $ | 747.63 | $ | 218.68 |
| Purchase | 3/1/2021 | 129 | $ | 7.45 | $ | 961.05 | Sale | 3/16/2021 | 129 | $ | 10.59 | $ | 1,366.11 | $ | 405.06 |
| Purchase | 3/1/2021 | 742 | $ | 7.45 | $ | 5,527.90 | Sale | 3/16/2021 | 742 | $ | 10.59 | $ | 7,857.78 | $ | 2,329.88 |
| Purchase | 2/26/2021 | 2000 | $ | 7.79 | $ | 15,580.00 | Sale | 3/16/2021 | 2000 | $ | 10.59 | $ | 21,180.00 | $ | 5,600.00 |
| Purchase | 2/25/2021 | 2000 | $ | 6.71 | $ | 13,420.00 | Sale | 3/16/2021 | 2000 | $ | 10.59 | $ | 21,180.00 | $ | 7,760.00 |
| Purchase | 2/25/2021 | 129 | $ | 7.19 | $ | 927.51 | Sale | 3/16/2021 | 129 | $ | 10.59 | $ | 1,366.11 | $ | 438.60 |
| Purchase | 2/25/2021 | 2871 | $ | 7.19 | $ | 20,642.49 | Sale | 3/16/2021 | 2871 | $ | 10.71 | $ | 30,748.41 | $ | 10,105.92 |
| Purchase | 2/25/2021 | 2000 | $ | 7.23 | $ | 14,460.00 | Sale | 3/16/2021 | 2000 | $ | 10.71 | $ | 21,420.00 | $ | 6,960.00 |
| Purchase | 2/24/2021 | 129 | $ | 9.94 | $ | 1,282.26 | Sale | 3/16/2021 | 129 | $ | 10.71 | $ | 1,381.59 | $ | 99.33 |
| Purchase | 3/17/2021 | 2000 | $ | 11.24 | $ | 22,480.00 | Sale | 3/17/2021 | 2000 | $ | 11.35 | $ | 22,700.00 | $ | 220.00 |
| Purchase | 3/17/2021 | 2000 | $ | 11.25 | $ | 22,500.00 | Sale | 3/17/2021 | 2000 | $ | 11.42 | $ | 22,840.00 | $ | 340.00 |
| Purchase | 3/17/2021 | 2000 | $ | 11.26 | $ | 22,520.00 | Sale | 3/17/2021 | 2000 | $ | 11.60 | $ | 23,200.00 | $ | 680.00 |
| Purchase | 3/17/2021 | 297 | $ | 11.30 | $ | 3,356.10 | Sale | 3/17/2021 | 297 | $ | 11.60 | $ | 3,445.20 | $ | 89.10 |
| Purchase | 3/17/2021 | 300 | $ | 11.30 | $ | 3,390.00 | Sale | 3/17/2021 | 300 | $ | 11.60 | $ | 3,480.00 | $ | 90.00 |
| Purchase | 3/17/2021 | 167 | $ | 11.30 | $ | 1,887.10 | Sale | 3/17/2021 | 167 | $ | 11.60 | $ | 1,937.20 | $ | 50.10 |
| Purchase | 3/17/2021 | 236 | $ | 11.30 | $ | 2,666.80 | Sale | 3/17/2021 | 236 | $ | 11.60 | $ | 2,737.60 | $ | 70.80 |
| Purchase | 3/17/2021 | 264 | $ | 11.30 | $ | 2,983.20 | Sale | 3/17/2021 | 264 | $ | 11.92 | $ | 3,146.88 | $ | 163.68 |
| Purchase | 3/17/2021 | 1736 | $ | 11.30 | $ | 19,616.80 | Sale | 3/17/2021 | 1736 | $ | 11.92 | $ | 20,693.12 | $ | 1,076.32 |
| Purchase | 3/17/2021 | 600 | $ | 11.30 | $ | 6,780.00 | Sale | 3/17/2021 | 600 | $ | 12.04 | $ | 7,224.00 | $ | 444.00 |
| Purchase | 3/17/2021 | 1365 | $ | 11.30 | $ | 15,424.50 | Sale | 3/17/2021 | 1365 | $ | 12.35 | $ | 16,857.75 | $ | 1,433.25 |
| Purchase | 3/17/2021 | 35 | $ | 11.30 | $ | 395.50 | Sale | 3/17/2021 | 35 | $ | 12.35 | $ | 432.25 | $ | 36.75 |
| Purchase | 3/17/2021 | 3600 | $ | 12.25 | $ | 44,100.00 | Sale | 3/17/2021 | 3600 | $ | 12.35 | $ | 44,460.00 | $ | 360.00 |
| Purchase | 3/18/2021 | 2000 | $ | 9.99 | $ | 19,980.00 | Sale | 3/18/2021 | 2000 | $ | 9.82 | $ | 19,640.00 | $ | (340.00) |
| Purchase | 3/18/2021 | 5000 | $ | 10.63 | $ | 53,150.00 | Sale | 3/18/2021 | 5000 | $ | 9.82 | $ | 49,100.00 | $ | (4,050.00) |
| Purchase | 3/18/2021 | 2000 | $ | 10.69 | $ | 21,380.00 | Sale | 3/18/2021 | 2000 | $ | 9.82 | $ | 19,640.00 | $ | (1,740.00) |
| Purchase | 3/18/2021 | 4871 | $ | 11.09 | $ | 54,019.39 | Sale | 3/18/2021 | 4871 | $ | 9.82 | $ | 47,833.22 | $ | (6,186.17) |
| Purchase | 3/18/2021 | 129 | $ | 11.09 | $ | 1,430.61 | Sale | 3/18/2021 | 129 | $ | 10.44 | $ | 1,346.76 | $ | (83.85) |
| Purchase | 3/18/2021 | 1871 | $ | 11.11 | $ | 20,786.81 | Sale | 3/18/2021 | 1871 | $ | 10.44 | $ | 19,533.24 | $ | (1,253.57) |
| Purchase | 3/18/2021 | 3129 | $ | 11.11 | $ | 34,763.19 | Sale | 3/18/2021 | 3129 | $ | 11.33 | $ | 35,451.57 | $ | 688.38 |
| Purchase | 3/17/2021 | 1400 | $ | 12.25 | $ | 17,150.00 | Sale | 3/18/2021 | 1400 | $ | 11.33 | $ | 15,862.00 | $ | (1,288.00) |
| Purchase | 2/24/2021 | 471 | $ | 9.94 | $ | 4,681.74 | Sale | 3/18/2021 | 471 | $ | 11.33 | $ | 5,336.43 | $ | 654.69 |
| Purchase | 2/24/2021 | 1000 | $ | 9.94 | $ | 9,940.00 | Sale | 3/18/2021 | 1000 | $ | 11.34 | $ | 11,340.00 | $ | 1,400.00 |
| Purchase | 3/19/2021 | 2000 | $ | 10.02 | $ | 20,040.00 | Sale | 3/19/2021 | 2000 | $ | 10.17 | $ | 20,340.00 | $ | 300.00 |
| Purchase | 3/19/2021 | 5000 | $ | 10.17 | $ | 50,850.00 | Sale | 3/19/2021 | 5000 | $ | 10.28 | $ | 51,400.00 | $ | 550.00 |
| Purchase | 3/19/2021 | 20 | $ | 10.55 | $ | 211.00 | Sale | 3/19/2021 | 20 | $ | 11.12 | $ | 222.40 | $ | 11.40 |
| Purchase | 3/19/2021 | 4980 | $ | 11.01 | $ | 54,829.80 | Sale | 3/19/2021 | 4980 | $ | 11.12 | $ | 55,377.60 | $ | 547.80 |
| Purchase | 3/19/2021 | 20 | $ | 11.01 | $ | 220.20 | Sale | 3/19/2021 | 20 | $ | 11.14 | $ | 222.80 | $ | 2.60 |
| Purchase | 3/19/2021 | 3980 | $ | 11.15 | $ | 44,377.00 | Sale | 3/19/2021 | 3980 | $ | 11.14 | $ | 44,337.20 | $ | (39.80) |
| Purchase | 3/19/2021 | 1020 | $ | 11.15 | $ | 11,373.00 | Sale | 3/19/2021 | 1020 | $ | 11.20 | $ | 11,424.00 | $ | 51.00 |
| Purchase | 3/19/2021 | 3980 | $ | 11.21 | $ | 44,615.80 | Sale | 3/19/2021 | 3980 | $ | 11.20 | $ | 44,576.00 | $ | (39.80) |
| Purchase | 3/19/2021 | 1020 | $ | 11.21 | $ | 11,434.20 | Sale | 3/19/2021 | 1020 | $ | 11.26 | $ | 11,485.20 | $ | 51.00 |
| Purchase | 3/19/2021 | 600 | $ | 11.70 | $ | 7,020.00 | Sale | 3/19/2021 | 600 | $ | 11.26 | $ | 6,756.00 | $ | (264.00) |
| Purchase | 3/19/2021 | 392 | $ | 11.70 | $ | 4,586.40 | Sale | 3/19/2021 | 392 | $ | 11.26 | $ | 4,413.92 | $ | (172.48) |
| Purchase | 3/19/2021 | 1000 | $ | 11.70 | $ | 11,700.00 | Sale | 3/19/2021 | 1000 | $ | 11.26 | $ | 11,260.00 | $ | (440.00) |
| Purchase | 3/19/2021 | 8 | $ | 11.70 | $ | 93.60 | Sale | 3/19/2021 | 8 | $ | 11.26 | $ | 90.08 | $ | (3.52) |
| Purchase | 3/19/2021 | 9 | $ | 11.79 | $ | 106.11 | Sale | 3/19/2021 | 9 | $ | 11.26 | $ | 101.34 | $ | (4.77) |
| Purchase | 3/19/2021 | 20 | $ | 11.79 | $ | 235.80 | Sale | 3/19/2021 | 20 | $ | 11.26 | $ | 225.20 | $ | (10.60) |
| Purchase | 3/19/2021 | 3 | $ | 11.79 | $ | 35.37 | Sale | 3/19/2021 | 3 | $ | 11.26 | $ | 33.78 | $ | (1.59) |
| Purchase | 3/19/2021 | 50 | $ | 11.80 | $ | 590.00 | Sale | 3/19/2021 | 50 | $ | 11.26 | $ | 563.00 | $ | (27.00) |
| Purchase | 3/19/2021 | 896 | $ | 11.80 | $ | 10,572.80 | Sale | 3/19/2021 | 896 | $ | 11.26 | $ | 10,088.96 | $ | (483.84) |
| Purchase | 3/19/2021 | 125 | $ | 11.80 | $ | 1,475.00 | Sale | 3/19/2021 | 125 | $ | 11.26 | $ | 1,407.50 | $ | (67.50) |
| Purchase | 3/19/2021 | 870 | $ | 11.80 | $ | 10,266.00 | Sale | 3/19/2021 | 870 | $ | 11.26 | $ | 9,796.20 | $ | (469.80) |
| Purchase | 3/19/2021 | 7 | $ | 11.80 | $ | 82.60 | Sale | 3/19/2021 | 7 | $ | 11.26 | $ | 78.82 | $ | (3.78) |
| Purchase | 3/19/2021 | 20 | $ | 11.80 | $ | 236.00 | Sale | 3/19/2021 | 20 | $ | 11.80 | $ | 236.00 | $ | - |
| Purchase | 2/24/2021 | 400 | $ | 9.94 | $ | 3,976.00 | Sale | 3/19/2021 | 400 | $ | 11.80 | $ | 4,720.00 | $ | 744.00 |
| Purchase | 2/23/2021 | 301 | $ | 11.98 | $ | 3,605.98 | Sale | 3/19/2021 | 301 | $ | 11.80 | $ | 3,551.80 | $ | (54.18) |
| Purchase | 2/23/2021 | 1279 | $ | 11.98 | $ | 15,322.42 | Sale | 3/19/2021 | 1279 | $ | 11.80 | $ | 15,092.20 | $ | (230.22) |
| Purchase | 2/23/2021 | 2000 | $ | 11.98 | $ | 23,960.00 | Sale | 3/19/2021 | 2000 | $ | 11.81 | $ | 23,620.00 | $ | (340.00) |
| Purchase | 3/22/2021 | 500 | $ | 10.80 | $ | 5,400.00 | Sale | 3/22/2021 | 500 | $ | 11.80 | $ | 5,900.00 | $ | 500.00 |
| Purchase | 3/22/2021 | 1000 | $ | 10.80 | $ | 10,800.00 | Sale | 3/22/2021 | 1000 | $ | 11.82 | $ | 11,820.00 | $ | 1,020.00 |
| Purchase | 3/22/2021 | 500 | $ | 10.80 | $ | 5,400.00 | Sale | 3/22/2021 | 500 | $ | 12.26 | $ | 6,130.00 | $ | 730.00 |
| Purchase | 3/22/2021 | 2000 | $ | 11.11 | $ | 22,220.00 | Sale | 3/22/2021 | 2000 | $ | 12.26 | $ | 24,520.00 | $ | 2,300.00 |
| Purchase | 3/22/2021 | 500 | $ | 11.11 | $ | 5,555.00 | Sale | 3/22/2021 | 500 | $ | 12.26 | $ | 6,130.00 | $ | 575.00 |
| Purchase | 3/22/2021 | 500 | $ | 11.35 | $ | 5,675.00 | Sale | 3/22/2021 | 500 | $ | 12.26 | $ | 6,130.00 | $ | 455.00 |
| Purchase | 3/23/2021 | 2000 | $ | 10.60 | $ | 21,200.00 | Sale | 3/23/2021 | 2000 | $ | 10.66 | $ | 21,320.00 | $ | 120.00 |
| Purchase | 3/23/2021 | 2000 | $ | 10.60 | $ | 21,200.00 | Sale | 3/23/2021 | 2000 | $ | 10.98 | $ | 21,960.00 | $ | 760.00 |
| Purchase | 3/23/2021 | 2000 | $ | 10.90 | $ | 21,800.00 | Sale | 3/23/2021 | 2000 | $ | 11.00 | $ | 22,000.00 | $ | 200.00 |
| Purchase | 3/23/2021 | 820 | $ | 11.03 | $ | 9,044.60 | Sale | 3/23/2021 | 820 | $ | 11.05 | $ | 9,061.00 | $ | 16.40 |
| Purchase | 3/23/2021 | 1180 | $ | 11.03 | $ | 13,015.40 | Sale | 3/23/2021 | 1180 | $ | 11.28 | $ | 13,310.40 | $ | 295.00 |
| Purchase | 3/23/2021 | 820 | $ | 11.08 | $ | 9,085.60 | Sale | 3/23/2021 | 820 | $ | 11.28 | $ | 9,249.60 | $ | 164.00 |
| Purchase | 3/23/2021 | 1180 | $ | 11.08 | $ | 13,074.40 | Sale | 3/23/2021 | 1180 | $ | 11.29 | $ | 13,322.20 | $ | 247.80 |
| Purchase | 3/23/2021 | 2000 | $ | 11.19 | $ | 22,380.00 | Sale | 3/23/2021 | 2000 | $ | 11.29 | $ | 22,580.00 | $ | 200.00 |
| Purchase | 3/23/2021 | 1820 | $ | 11.19 | $ | 20,365.80 | Sale | 3/23/2021 | 1820 | $ | 11.29 | $ | 20,547.80 | $ | 182.00 |
| Purchase | 3/24/2021 | 32 | $ | 8.91 | $ | 285.12 | Sale | 3/24/2021 | 32 | $ | 9.90 | $ | 316.80 | $ | 31.68 |
| Purchase | 3/24/2021 | 43 | $ | 8.91 | $ | 383.13 | Sale | 3/24/2021 | 43 | $ | 9.90 | $ | 425.70 | $ | 42.57 |

| Transaction | Date | Shares | Price Per Share | Total | Transaction | Date | Shares | Price Per Share | Total | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase | 3/24/2021 | 40 | $ 8.92 | $ 356.80 | Sale | 3/24/2021 | 40 | $ 9.90 | $ 396.00 | $ 39.20 |
| Purchase | 3/24/2021 | 730 | $ 8.92 | $ 6,511.60 | Sale | 3/24/2021 | 730 | $ 9.90 | $ 7,227.00 | $ 715.40 |
| Purchase | 3/24/2021 | 56 | $ 8.95 | $ 501.20 | Sale | 3/24/2021 | 56 | $ 9.90 | $ 554.40 | $ 53.20 |
| Purchase | 3/24/2021 | 100 | $ 8.95 | $ 895.00 | Sale | 3/24/2021 | 100 | $ 9.90 | $ 990.00 | $ 95.00 |
| Purchase | 3/24/2021 | 999 | $ 8.95 | $ 8,941.05 | Sale | 3/24/2021 | 999 | $ 9.90 | $ 9,890.10 | $ 949.05 |
| Purchase | 3/24/2021 | 2000 | $ 9.65 | $ 19,300.00 | Sale | 3/24/2021 | 2000 | $ 10.32 | $ 20,640.00 | $ 1,340.00 |
| Purchase | 3/25/2021 | 2000 | $ 8.87 | $ 17,740.00 | Sale | 3/25/2021 | 2000 | $ 9.11 | $ 18,220.00 | $ 480.00 |
| Purchase | 3/25/2021 | 2000 | $ 8.91 | $ 17,820.00 | Sale | 3/25/2021 | 2000 | $ 9.21 | $ 18,420.00 | $ 600.00 |
| Purchase | 3/25/2021 | 2000 | $ 9.08 | $ 18,160.00 | Sale | 3/25/2021 | 2000 | $ 9.21 | $ 18,420.00 | $ 260.00 |
| Purchase | 3/25/2021 | 139 | $ 9.11 | $ 1,266.29 | Sale | 3/25/2021 | 139 | $ 9.30 | $ 1,292.70 | $ 26.41 |
| Purchase | 3/25/2021 | 1861 | $ 9.11 | $ 16,953.71 | Sale | 3/25/2021 | 1861 | $ 9.34 | $ 17,381.74 | $ 428.03 |
| Purchase | 3/25/2021 | 139 | $ 9.14 | $ 1,270.46 | Sale | 3/25/2021 | 139 | $ 9.34 | $ 1,298.26 | $ 27.80 |
| Purchase | 3/25/2021 | 1861 | $ 9.14 | $ 17,009.54 | Sale | 3/25/2021 | 1861 | $ 9.44 | $ 17,567.84 | $ 558.30 |
| Purchase | 3/29/2021 | 5000 | $ 6.95 | $ 34,750.00 | Sale | 3/29/2021 | 5000 | $ 7.05 | $ 35,250.00 | $ 500.00 |
| Purchase | 3/29/2021 | 5000 | $ 6.96 | $ 34,800.00 | Sale | 3/29/2021 | 5000 | $ 7.52 | $ 37,600.00 | $ 2,800.00 |
| Purchase | 3/31/2021 | 1815 | $ 7.42 | $ 13,467.30 | Sale | 3/31/2021 | 1815 | $ 7.43 | $ 13,485.45 | $ 18.15 |
| Purchase | 3/31/2021 | 3185 | $ 7.42 | $ 23,632.70 | Sale | 3/31/2021 | 3185 | $ 7.52 | $ 23,951.20 | $ 318.50 |
| Purchase | 3/31/2021 | 1815 | $ 7.43 | $ 13,485.45 | Sale | 3/31/2021 | 1815 | $ 7.52 | $ 13,648.80 | $ 163.35 |
| Purchase | 3/31/2021 | 3185 | $ 7.43 | $ 23,664.55 | Sale | 3/31/2021 | 3185 | $ 8.05 | $ 25,639.25 | $ 1,974.70 |
| Purchase | 3/31/2021 | 1815 | $ 7.95 | $ 14,429.25 | Sale | 3/31/2021 | 1815 | $ 8.05 | $ 14,610.75 | $ 181.50 |
| Purchase | 4/1/2021 | 5000 | $ 7.41 | $ 37,050.00 | Sale | 4/1/2021 | 5000 | $ 7.47 | $ 37,350.00 | $ 300.00 |
| Purchase | 4/1/2021 | 2000 | $ 7.45 | $ 14,900.00 | Sale | 4/1/2021 | 2000 | $ 7.48 | $ 14,960.00 | $ 60.00 |
| Purchase | 4/1/2021 | 5000 | $ 7.48 | $ 37,400.00 | Sale | 4/1/2021 | 5000 | $ 7.50 | $ 37,500.00 | $ 100.00 |
| Purchase | 4/1/2021 | 3185 | $ 7.49 | $ 23,855.65 | Sale | 4/1/2021 | 3185 | $ 7.51 | $ 23,919.35 | $ 63.70 |
| Purchase | 4/1/2021 | 1815 | $ 7.49 | $ 13,594.35 | Sale | 4/1/2021 | 1815 | $ 7.55 | $ 13,703.25 | $ 108.90 |
| Purchase | 4/1/2021 | 3185 | $ 7.51 | $ 23,919.35 | Sale | 4/1/2021 | 3185 | $ 7.55 | $ 24,046.75 | $ 127.40 |
| Purchase | 4/1/2021 | 1815 | $ 7.51 | $ 13,630.65 | Sale | 4/1/2021 | 1815 | $ 7.56 | $ 13,721.40 | $ 90.75 |
| Purchase | 4/1/2021 | 3185 | $ 7.54 | $ 24,014.90 | Sale | 4/1/2021 | 3185 | $ 7.56 | $ 24,078.60 | $ 63.70 |
| Purchase | 4/1/2021 | 1815 | $ 7.54 | $ 13,685.10 | Sale | 4/1/2021 | 1815 | $ 7.59 | $ 13,775.85 | $ 90.75 |
| Purchase | 4/1/2021 | 3185 | $ 7.80 | $ 24,843.00 | Sale | 4/1/2021 | 3185 | $ 7.59 | $ 24,174.15 | $ (668.85) |
| Purchase | 4/1/2021 | 1815 | $ 7.80 | $ 14,157.00 | Sale | 4/1/2021 | 1815 | $ 7.85 | $ 14,247.75 | $ 90.75 |
| Purchase | 4/1/2021 | 3185 | $ 7.81 | $ 24,874.85 | Sale | 4/1/2021 | 3185 | $ 7.85 | $ 25,002.25 | $ 127.40 |
| Purchase | 4/1/2021 | 1815 | $ 7.81 | $ 14,175.15 | Sale | 4/1/2021 | 1815 | $ 7.91 | $ 14,356.65 | $ 181.50 |
| Purchase | 4/1/2021 | 2000 | $ 7.86 | $ 15,720.00 | Sale | 4/1/2021 | 2000 | $ 7.91 | $ 15,820.00 | $ 100.00 |
| Purchase | 3/31/2021 | 1185 | $ 7.95 | $ 9,420.75 | Sale | 4/1/2021 | 1185 | $ 7.91 | $ 9,373.35 | $ (47.40) |
| Purchase | 4/5/2021 | 5000 | $ 7.53 | $ 37,650.00 | Sale | 4/5/2021 | 5000 | $ 7.72 | $ 38,600.00 | $ 950.00 |
| Purchase | 4/5/2021 | 2000 | $ 7.68 | $ 15,360.00 | Sale | 4/5/2021 | 2000 | $ 7.78 | $ 15,560.00 | $ 200.00 |
| Purchase | 4/5/2021 | 3000 | $ 7.68 | $ 23,040.00 | Sale | 4/5/2021 | 3000 | $ 7.78 | $ 23,340.00 | $ 300.00 |
| Purchase | 4/5/2021 | 2000 | $ 7.72 | $ 15,440.00 | Sale | 4/5/2021 | 2000 | $ 7.78 | $ 15,560.00 | $ 120.00 |
| Purchase | 4/5/2021 | 2000 | $ 7.91 | $ 15,820.00 | Sale | 4/5/2021 | 2000 | $ 7.96 | $ 15,920.00 | $ 100.00 |
| Purchase | 4/5/2021 | 3000 | $ 7.91 | $ 23,730.00 | Sale | 4/5/2021 | 3000 | $ 7.96 | $ 23,880.00 | $ 150.00 |
| Purchase | 4/5/2021 | 2000 | $ 7.94 | $ 15,880.00 | Sale | 4/5/2021 | 2000 | $ 7.96 | $ 15,920.00 | $ 40.00 |
| Purchase | 4/5/2021 | 3000 | $ 7.94 | $ 23,820.00 | Sale | 4/5/2021 | 3000 | $ 8.04 | $ 24,120.00 | $ 300.00 |
| Purchase | 4/5/2021 | 2000 | $ 8.02 | $ 16,040.00 | Sale | 4/5/2021 | 2000 | $ 8.04 | $ 16,080.00 | $ 40.00 |
| Purchase | 4/5/2021 | 3000 | $ 8.02 | $ 24,060.00 | Sale | 4/5/2021 | 3000 | $ 8.08 | $ 24,240.00 | $ 180.00 |
| Purchase | 4/5/2021 | 2000 | $ 8.04 | $ 16,080.00 | Sale | 4/5/2021 | 2000 | $ 8.08 | $ 16,160.00 | $ 80.00 |
| Purchase | 4/5/2021 | 3000 | $ 8.04 | $ 24,120.00 | Sale | 4/5/2021 | 3000 | $ 8.09 | $ 24,270.00 | $ 150.00 |
| Purchase | 4/5/2021 | 2000 | $ 8.06 | $ 16,120.00 | Sale | 4/5/2021 | 2000 | $ 8.09 | $ 16,180.00 | $ 60.00 |
| Purchase | 4/5/2021 | 3000 | $ 8.06 | $ 24,180.00 | Sale | 4/5/2021 | 3000 | $ 8.21 | $ 24,630.00 | $ 450.00 |
| Purchase | 4/5/2021 | 2000 | $ 8.10 | $ 16,200.00 | Sale | 4/5/2021 | 2000 | $ 8.21 | $ 16,420.00 | $ 220.00 |
| Purchase | 4/5/2021 | 3000 | $ 8.10 | $ 24,300.00 | Sale | 4/5/2021 | 3000 | $ 8.24 | $ 24,720.00 | $ 420.00 |
| Purchase | 4/5/2021 | 2000 | $ 8.15 | $ 16,300.00 | Sale | 4/5/2021 | 2000 | $ 8.24 | $ 16,480.00 | $ 180.00 |
| **Total** | | **387250** | | **$3,520,353.68** | | | **387250** | | **$3,595,801.36** | **$ 75,447.68** |

### Shares Purchased During Class Period and Held at Close of Class Period

| Transaction | Date | Shares | Price Per Share | Total Spent |
|---|---|---|---|---|
| Purchase | 4/5/2021 | 3000 | $ 8.15 | $ 24,450.00 |
| Purchase | 3/31/2021 | 2000 | $ 7.95 | $ 15,900.00 |
| Purchase | 3/30/2021 | 5000 | $ 7.99 | $ 39,950.00 |
| Purchase | 3/29/2021 | 1916 | $ 7.31 | $ 14,005.96 |
| Purchase | 3/29/2021 | 3000 | $ 7.78 | $ 23,340.00 |
| Purchase | 3/26/2021 | 5000 | $ 8.65 | $ 43,250.00 |
| Purchase | 3/26/2021 | 5000 | $ 8.95 | $ 44,750.00 |
| Purchase | 3/26/2021 | 5000 | $ 9.30 | $ 46,500.00 |
| Purchase | 3/26/2021 | 5000 | $ 9.46 | $ 47,300.00 |
| Purchase | 3/24/2021 | 2000 | $ 9.89 | $ 19,780.00 |
| Purchase | 3/24/2021 | 2000 | $ 10.11 | $ 20,220.00 |
| Purchase | 3/23/2021 | 3180 | $ 11.19 | $ 35,584.20 |
| Purchase | 3/22/2021 | 1500 | $ 11.35 | $ 17,025.00 |
| Purchase | 3/22/2021 | 1000 | $ 11.38 | $ 11,380.00 |
| Purchase | 3/22/2021 | 500 | $ 11.58 | $ 5,790.00 |
| Purchase | 3/22/2021 | 2000 | $ 11.60 | $ 23,200.00 |
| Purchase | 3/22/2021 | 500 | $ 11.68 | $ 5,840.00 |
| Purchase | 3/22/2021 | 500 | $ 11.70 | $ 5,850.00 |
| Purchase | 3/22/2021 | 1000 | $ 11.80 | $ 11,800.00 |
| Purchase | 2/23/2021 | 1420 | $ 11.98 | $ 17,011.60 |
| Purchase | 2/23/2021 | 5000 | $ 12.25 | $ 61,250.00 |
| Purchase | 2/18/2021 | 500 | $ 8.24 | $ 4,120.00 |
| Purchase | 2/17/2021 | 100 | $ 6.25 | $ 625.00 |
| **Total** | | **56116** | | **$ 538,921.76** |
| **90-Day Lookback Value** | | | $ 3.75 | **$ 210,435.00** |
| **Total Loss - Shares Retained at Class Period Close** | | | | **$ (328,486.76)** |

### Loss Summary

| | | |
|---|---|---|
| Gain (Loss) on Shares Acquired and Sold During Class Period | $ | 75,447.68 |
| Gain (Loss) on Shares Retained at Class Period Close | $ | (328,486.76) |
| **Total Loss** | **$** | **(253,039.08)** |