# EXHIBIT C

Movant's Purchases and Losses

Class Period: 06/26/2020 - 04/05/2021

Ebang International Holdings Inc

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Antosko, Ronald** | 01/27/2021 | 1,000 | $4.88 | $4,879.90 | 02/22/2021 | 1,000 | $5.00 | $5,000.00 | |
| | 01/27/2021 | 30 | $4.80 | $144.00 | 02/25/2021 | 200 | $8.25 | $1,650.00 | |
| | 02/16/2021 | 200 | $7.69 | $1,537.98 | 03/05/2021 | 1,000 | $5.54 | $5,542.40 | |
| | 02/17/2021 | 100 | $10.08 | $1,008.00 | 03/15/2021 | 600 | $12.17 | $7,302.06 | |
| | 02/18/2021 | 300 | $12.63 | $3,789.00 | 03/15/2021 | 200 | $12.00 | $2,400.00 | |
| | 02/19/2021 | 900 | $11.68 | $10,512.00 | 04/07/2021 | 1,700 | $5.47 | $9,299.00 | |
| | 02/22/2021 | 700 | $10.37 | $7,259.00 | held | 2,900 | $3.75 | $10,876.65 | |
| | 02/22/2021 | 1,000 | $9.58 | $9,575.00 | | | | | |
| | 02/22/2021 | 500 | $8.47 | $4,235.00 | | | | | |
| | 02/22/2021 | 460 | $8.46 | $3,891.60 | | | | | |
| | 02/22/2021 | 40 | $8.46 | $338.39 | | | | | |
| | 02/22/2021 | 300 | $10.44 | $3,132.00 | | | | | |
| | 02/22/2021 | 100 | $9.58 | $958.00 | | | | | |
| | 02/22/2021 | 400 | $9.57 | $3,828.00 | | | | | |
| | 02/22/2021 | 1,000 | $8.47 | $8,470.00 | | | | | |
| | 02/22/2021 | 100 | $8.41 | $841.00 | | | | | |
| | 02/23/2021 | 170 | $7.10 | $1,207.00 | | | | | |
| | 03/05/2021 | 1 | $5.89 | $5.89 | | | | | |
| | 03/05/2021 | 299 | $5.91 | $1,767.06 | | | | | |
| | | **7,600** | | **$67,378.82** | | **7,600** | | **$42,070.11** | **($25,308.71)** |
| | | | | | | | | | |
| **Antosko, Ronald (C5 02/19/21)** | 02/19/2021[E] | 10 | $0.00 | $0.00 | 02/01/2021 | 10 | $0.90 | $900.00 | |
| | | **10** | | **$0.00** | | **10** | | **$900.00** | **$900.00** |
| | | | | | | | | | |
| **Antosko, Ronald (C15 03/19/21)** | 03/02/2021 | 4 | $0.32 | $128.00 | 02/22/2021 | 6 | $1.60 | $960.00 | |
| | 03/09/2021 | 4 | $0.14 | $56.00 | 02/22/2021 | 2 | $1.55 | $310.00 | |
| | | **8** | | **$184.00** | | **8** | | **$1,270.00** | **$1,086.00** |
| | | | | | | | | | |
| **Antosko, Ronald (C17.5 03/19/21)** | 02/23/2021 | 2 | $0.35 | $70.00 | 02/18/2021 | 3 | $3.86 | $1,158.00 | |
| | 02/25/2021 | 3 | $0.40 | $120.00 | 02/18/2021 | 2 | $3.87 | $774.00 | |
| | | **5** | | **$190.00** | | **5** | | **$1,932.00** | **$1,742.00** |
| | | | | | | | | | |
| **Antosko, Ronald (C12.5 03/19/21)** | 03/19/2021[E] | 37 | $0.00 | | 02/22/2021 | 17 | $2.00 | $3,400.00 | |
| | | | | | 03/10/2021 | 20 | $0.32 | $640.00 | |
| | | **37** | | **$0.00** | | **37** | | **$4,040.00** | **$4,040.00** |
| | | | | | | | | | |
| **Antosko, Ronald (C10 04/16/21)** | 03/22/2021 | 20 | $2.30 | $4,600.00 | 03/22/2021 | 20 | $2.26 | $4,520.00 | |
| | 04/07/2021 | 3 | $0.15 | $45.00 | 03/22/2021 | 1 | $1.96 | $196.00 | |
| | 04/16/2021[E] | 20 | $0.00 | | 03/22/2021 | 2 | $1.95 | $390.00 | |
| | | | | | 03/22/2021 | 20 | $2.15 | $4,300.00 | |
| | | **43** | | **$4,645.00** | | **43** | | **$9,406.00** | **$4,761.00** |

| | | | | | |
|---|---|---|---|---|---|
| **Movant's Total** | 7,703 | $72,397.82 | 7,703 | $59,618.11 | *($12,779.71)* |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $3.75 as of June 07, 2021 for common stock.

Prices listed are rounded up to two decimal places.

[E]Option expired.