# EXHIBIT D

**DECLARATION OF RONALD ANTOSKO IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Ronald Antosko, submit this declaration in support of my Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

1.      I am a retired former home inspector and small business owner who lives in Corpus Christi, Texas. I attended the University of the Incarnate Word in San Antonio where I earned a Bachelor of Applied Arts and Sciences. I also have a Master of Business Administration from Texas A&M International University in Laredo. I have approximately four decades of experience investing in the stock market, in addition to having previously earned a General Securities Representative Exam (Series 7) license. I am familiar with selecting and overseeing counsel.

2.      I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

3.      I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and is empowered to authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

4.      I have a substantial financial interest in this case based on my losses, and have an incentive to prosecute this case on behalf of Ebang International Holdings Inc. shareholders.

5.      I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a

representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

6.      I am aware that I have the right to select counsel as part of the lead plaintiff process. Based on their experience prosecuting securities cases, I have selected Robbins Geller Rudman & Dowd LLP to represent the class in this case on a contingency basis.  Before selecting counsel, I discussed the lead plaintiff's role, responsibilities, and process with Robbins Geller.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of June, 2021, at Corpus Christi, Texas.

DocuSigned by:

DBC824110699448...

RONALD ANTOSKO