**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMMIE ZAKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>Defendants. | Case No. 1:21-cv-03060-KPF |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF MOTION OF SHAHIN NEGAHBAN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Gregory B. Linkh, hereby declare as follows:

1.    I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff movant Shahin Negahban ("Negahban") and proposed Lead Counsel for the Class in the above-captioned action.  I make this declaration in support of Negahban's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:    Press release published April 8, 2021 on *Business Wire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B:    Negahban's Signed PSLRA Certification;

Exhibit C:    Table of Negahban's calculated losses, as a result of transactions Ebang International Holdings Inc. securities; and

Exhibit D:    Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 7th day of June 2021.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 7, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 7, 2021, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh