# EXHIBIT A





# EBON CLASS ACTION NOTICE: Glancy Prongay & Murray LLP Files Securities Fraud Lawsuit Against Ebang International Holdings, Inc.

April 08, 2021 07:51 PM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM"), announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York captioned *Zaker v. Ebang International Holdings Inc., et al.,* (Case No. 1:21-cv-03060) on behalf of persons and entities that purchased or otherwise acquired Ebang International Holdings, Inc. ("Ebang" or the "Company") (NASDAQ: EBON) securities between **June 26, 2020 and April 5, 2021**, inclusive (the "Class Period"). Plaintiff pursues claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act").

Investors are hereby notified that they have until **60 days from this notice** to move the Court to serve as lead plaintiff in this action.

If you suffered a loss on your Ebang investments or would like to inquire about potentially pursuing claims to recover your loss under the federal securities laws, you can submit your contact information at https://www.glancylaw.com/cases/ebang-international-holdings-inc/. You can also contact Charles H. Linehan, of GPM at 310-201-9150, Toll-Free at 888-773-9224, or via email at shareholders@glancylaw.com or visit our website at www.glancylaw.com to learn more about your rights.

On April 6, 2021, before the market opened, Hindenburg Research published a report alleging, among other things, that Ebang is directing proceeds from its IPO last year into a "series of opaque deals with insiders and questionable counterparties." According to the report, Ebang raised $21 million in November 2020, claiming the proceeds would go "primarily for development," and that instead the funds were directed to repay related-party loans to a relative of the Ebang's Chief Executive Officer, Dong Hu. The report also noted that Ebang's earlier efforts to go public on the Hong Kong Stock Exchange had failed due to widespread media coverage of a sales inflation scheme with Yindou, a Chinese peer-to-peer online lending platform that defrauded 20,000 retail investors in 2018, with $655 million "vanish[ing] into thin air."

On this news, the Company's share price fell $0.82, or approximately 13%, to close at $5.53 per share on April 6, 2021, on unusually heavy trading volume.

On April 6, 2021, after the market closed, Ebang issued a statement stating that, though it believed the report "contain[ed] many errors, unsupported speculations and inaccurate interpretations of events," the "Board, together with its Audit Committee, intends to further review and examine the allegations and misinformation therein and will take whatever necessary and appropriate actions may be required to protect the interest of its shareholders."

On this news, the Company's share price fell $0.12, or 2.17%, to close at $5.41 per share on April 7, 2021. The stock price continued to decline over the next trading session by $0.38, or 7%, to close at $5.03 per share on April 8, 2021, on unusually heavy trading volume.

Throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants failed to disclose to investors: (1) that the proceeds from Ebang's public offerings had been directed to an low yield, long term bonds to an underwriter and to related parties rather than used to develop the Company's operations; (2) that Ebang's sales were declining and the Company had inflated reported sales, including through the sale of defective units; (3) that Ebang's attempts to go public in Hong Kong had failed due to allegations of embezzling investor funds and inflated sales figures; (4) that Ebang's purported cryptocurrency exchange was merely the purchase of an out-of-the-box crypto exchange; and (5) that, as a result of the foregoing, Defendants' positive statements about the Company's business, operations, and prospects were materially misleading and/or lacked a reasonable basis.

Follow us for updates on LinkedIn, Twitter, or Facebook.

If you purchased or otherwise acquired the Ebang securities during the Class Period, you may move the Court no later than **60 days from this notice** ask the Court to appoint you as lead plaintiff. To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Charles Linehan, Esquire, of GPM, 1925 Century Park East, Suite 2100, Los Angeles California 90067 at 310-201-9150, Toll-Free at 888-773-9224, by email to shareholders@glancylaw.com, or visit our website at www.glancylaw.com. If you inquire by email please include your mailing address, telephone number and number of shares purchased.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles

Charles H. Linehan, 310-201-9150 or 888-773-9224

www.glancylaw.com

shareholders@glancylaw.com

## #Hashtags

| #INVESTORS | #CLASSACTION | #FRAUD |
|---|---|---|

## $Cashtags

| $EBON |
|---|