# EXHIBIT C

## Loss Chart

**Company Name:** Ebang International Holdings Inc.
**Ticker:** EBON
**Class Period:** June 26, 2020 to April 5, 2021
**Name:** Shahin Negahban

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 3/15/2021 | 16,000 | $11.6100 | -$185,760.0000 | | $0.0000 | -$185,760.00 |
| 3/15/2021 | 15,000 | $11.1100 | -$166,650.0000 | | $0.0000 | -$166,650.00 |
| 3/22/2021 | 750 | $9.1000 | -$6,825.0000 | | $0.0000 | -$6,825.00 |
| 4/15/2021 | -31,750 | | $0.0000 | $4.9719 | $157,857.0313 | $157,857.03 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$201,377.97** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $3.7608 | 0 | **Total:** | **-$201,377.97** |

<u>Notes</u>

The 90-Day Average Price used in this loss chart is the average closing price between April 6, 2021 and June 4, 2021.  Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.