UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TOMMIE ZAKER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>      Defendants. | Case No.  1:21-cv-03060-KPF<br><br>DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF XIANDE YANG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Xiande Yang ("Yang"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Yang's motion for appointment as Lead Plaintiff for the Class and approval of his selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart reflecting Yang's financial interest in the Action;

Exhibit B:    Press release published over *Business Wire*, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Yang;

Exhibit D:    Declaration executed by Yang;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of Holzer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on June 7, 2021.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

1