# EXHIBIT A

**Ebang International Holdings Inc. (EBON)**
**Class Period: June 26, 2020 and April 5, 2021**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 60-Day* Mean Price $3.7608 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yang, Xiande | 2/19/2021 | 860 | $11.6000 | ($9,976) | 4/1/2021 | (22) | $6.9800 | $154 | | | |
| Yang, Xiande | 3/9/2021 | 11 | $7.2600 | ($80) | 4/1/2021 | (10,000) | $7.0740 | $70,740 | | | |
| Yang, Xiande | 3/15/2021 | 10,000 | $11.0820 | ($110,820) | 4/1/2021 | (20,000) | $7.1400 | $142,800 | | | |
| Yang, Xiande | 3/17/2021 | 11 | $10.5000 | ($116) | | | | | | | |
| Yang, Xiande | 3/22/2021 | 700 | $9.4200 | ($6,594) | | | | | | | |
| Yang, Xiande | 3/22/2021 | 1,000 | $9.9400 | ($9,940) | | | | | | | |
| Yang, Xiande | 3/24/2021 | 500 | $8.2400 | ($4,120) | | | | | | | |
| Yang, Xiande | 3/24/2021** | 10,000 | $9.4900 | ($94,900) | | | | | | | |
| Yang, Xiande | 3/29/2021 | 38,300 | $7.2580 | ($277,981) | | | | | | | |
| Yang, Xiande | 3/30/2021 | 2,143 | $7.8400 | ($16,801) | | | | | | | |
| Yang, Xiande | 3/31/2021 | 20,000 | $7.5800 | ($151,600) | | | | | | | |
| Yang, Xiande | 3/31/2021 | 10,000 | $7.8640 | ($78,640) | | | | | | | |
| Yang, Xiande | 4/1/2021 | 20,000 | $7.0670 | ($141,340) | | | | | | | |
| Yang, Xiande | 4/5/2021** | 8,000 | $7.7000 | ($61,600) | | | | | | | |
| Yang, Xiande | 4/5/2021 | 3,800 | $6.7080 | ($25,490) | | | | | | | |
| Yang, Xiande | 4/5/2021 | 4,000 | $6.9600 | ($27,840) | | | | | | | |
| Yang, Xiande | 4/5/2021** | 1,100 | $7.5400 | ($8,294) | | | | | | | |
| **Yang, Xiande** | | **130,425** | | **($1,026,132)** | | **(30,022)** | | **$213,694** | **100,403** | **$377,597** | **($434,842)** |

*Average closing prices from April 6 to June 4
**Pre-market trades