**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMMIE ZAKER, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:21-cv-03060-KPF |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN, | |
| Defendants. | |

**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION TO APPOINT EYERUSALEM BEFKADU AS LEAD PLAINTIFF AND APPROVE THE SELECTION OF LEAD COUNSEL**

I, Lucas E. Gilmore, declare as follows:

1.     I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for class member Eyerusalem Befkadu ("Ms. Befkadu" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Ms. Befkadu's Motion for Appointment as Lead Plaintiff, and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's Certification;

Exhibit B:     Movant's Loss Chart;

Exhibit C:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on April 8, 2021; and

Exhibit D:     Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of June 2021, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

- 2 -