# Exhibit B

**Loss Analysis for Eyerusalem Berkadu - Ebang International Holdings Inc.**
**(EBON) Class Period 06/26/20 - 04/05/21**

| | | **PURCHASES** | | | | | **SALES** | | |
|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | Amount Received |
| Pre-Class Held | | | | | | | | | |
| Class Period | 04/01/21 | 200 | $7.1090 | $1,421.80 | | | | | |
| Purchases | 04/01/21 | 1,295 | $7.1000 | $9,194.50 | | | | | |
| | 04/01/21 | 100 | $7.1050 | $710.50 | | | | | |
| | 04/01/21 | 11,398 | $7.1200 | $81,153.76 | | | | | |
| | 04/01/21 | 7,007 | $7.1100 | $49,819.77 | | | | | |
| | 04/01/21 | 5,000 | $7.0501 | $35,250.50 | | | | | |
| | 04/01/21 | 1,500 | $7.0450 | $10,567.50 | | | | | |
| | 04/01/21 | 200 | $7.0480 | $1,409.60 | | | | | |
| | 04/01/21 | 3,300 | $7.0500 | $23,265.00 | | | | | |
| | 04/01/21 | 5,000 | $6.8993 | $34,496.50 | | | | | |
| | 04/05/21 | 2,500 | $6.4100 | $16,025.00 | | | | | |
| | 04/05/21 | 100 | $6.3050 | $630.50 | | | | | |
| | 04/05/21 | 140 | $6.3100 | $883.40 | | | | | |
| Post Class | | | | | Post Class | 04/06/21 | 4,615 | $4.9800 | $22,982.70 |
| Purchases | | | | | Sales | 04/06/21 | 200 | $4.9720 | $994.40 |
| | | | | | | 04/06/21 | 23,450 | $4.9600 | $116,312.00 |
| | | | | | | 04/06/21 | 6,735 | $4.9700 | $33,472.95 |
| | | | | | | *4/8/2021 | 2,740 | $5.3200 | $14,576.80 |

*On 04/08/21 movant actually sold 2,740 shares at $5.0854. However, under the PSLRA's loss limitation, 15 U.S.C. § 78u-4(e)(2), Movant's losses are calculated by using the mean trading price of EBON between 04/06/21 and 04/08/21, $5.32.*

| | | | | | |
|---|---|---|---|---|---|
| Total Shares Acquired in CP | 37,740 | Total Amt. Paid in CP | $264,828.33 | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |

Total Shares Sold in CP: 0 — Total Amt. Sold in CP: $0.00
Post CP Shares Sold: 37,740 — Post CP Amount Sold: $188,338.85
Total Shares Sold to Current: 37,740 — Total Amt. Sold to Current: $188,338.85 **ALTERNATIVE**

Actual Net Shares Acquired in CP: 37,740 (CP Retained Shares)

Net Amount Paid in CP: $264,828.33
Net Amount Paid in CP Minus Sold to Current Date: $76,489.48 **ALTERNATIVE**

**Calculation Using 90-Day Lookback**

Net Shares Acquired in CP (CP Retained Shares): 37,740 Automatically 0 if Negative
Net Shares Acquired During Class Period Held to Current Date: 0 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP: $3.75

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price: $141,546.44
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price: $0.00 **ALTERNATIVE**
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price: $264,828.33 **ALTERNATIVE**

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price): $123,281.89
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP): $76,489.48 **ALTERNATIVE**