UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



―――――――――――――――――――――――― x
TOMMIE ZAKER, Individually and on Behalf : Civil Action No. 1:21-cv-03060-KPF
of All Others Similarly Situated,            :
                                             : NOTICE OF WITHDRAWAL OF MOTION
                    Plaintiff,               : FOR APPOINTMENT AS LEAD
                                             : PLAINTIFF (ECF NO. 17)
    vs.                                      :
                                             :
EBANG INTERNATIONAL HOLDINGS                 :
INC., DONG HU, and LEI CHEN,                 :
                                             :
                    Defendants.              :
                                             :
―――――――――――――――――――――――― x

4835-9183-8958.v1

PLEASE TAKE NOTICE that Mr. Ronald Antosko hereby withdraws his motion for appointment as lead plaintiff (ECF No. 17). This withdrawal is without prejudice to Mr. Antosko's ability to participate in any future settlement as a putative class member.

DATED: June 15, 2021

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
TRICIA L. McCORMICK
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
triciam@rgrdlaw.com
jsanchez@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

---

Application GRANTED. The Clerk of Court is directed to terminate the motion pending at docket entry 17.

Dated:    June 16, 2021
           New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE