UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMMIE ZAKER, *Individually and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>-v.-<br><br>EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN,<br><br>Defendants. | 21 Civ. 3060 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

By Order dated April 18, 2021, the Court set a briefing schedule for members of the purported class to move to serve as lead Plaintiffs in this action. (Dkt. #7). Pursuant to the Court's April 18, 2021 Order, motions to serve a lead Plaintiff were due on or by June 7, 2021, and oppositions were due July 7, 2021. (*Id.*). The Court did not permit movants to file reply briefs. (*Id.*). Accordingly, the Court will not consider the unsolicited reply brief filed on July 14, 2021, by counsel for putative lead Plaintiffs GALLA Investments Inc., Gowrisankar Naidu Galla, and Yan Yuan. (Dkt. #40). The Court considers briefing on the pending motions to be appointed lead Plaintiff to be closed, and will solicit additional submissions from the parties if needed.

SO ORDERED.

Dated:  July 15, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge