

1111 Summer Street, Ste. 403
Stamford, CT 06905
T: 203-992-4523
F: 212-363-7171
www.zlk.com

**Shannon L. Hopkins**
shopkins@zlk.com

July 30, 2021



**VIA ECF**

The Honorable Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

   **Re:** *Zaker v. Ebang International Holdings Inc., et al.*, Case No. 1:21-cv-03060-KPF

Dear Judge Failla,

   Pursuant to Your Honor's order dated July 21, 2021, counsel for Lead Plaintiff Dr. Gowrisankar Naidu Galla ("Lead Plaintiff") submits this letter on behalf of Lead Plaintiff and Defendant Ebang International Holdings Inc. ("Ebang") to update the Court regarding certain recent events and to request a schedule for the filing of pleadings and briefing on any motion to dismiss.

### I. Dismissal of Parallel Action in the District of New Jersey

   On July 23, 2021, plaintiff Konstantin Zeva filed a Notice of Voluntary Dismissal in the action captioned *Zeva v. Ebang International Holdings Inc., et al.*, Case No 2:21-cv-09859-JXN-LDW (D.N.J.). The notice was so-ordered by the Honorable Julien Xavier Neals on July 28, 2021, and entered on the docket in the *Zeva* action on July 29, 2021. *See* <u>Exhibit 1</u>, hereto. Accordingly, the above-captioned *Zaker* action is the only action remaining that seeks to represent the alleged putative class. Lead Plaintiff intends to litigate *Zaker* in this District and does not seek transfer.

### II. Appearance of Counsel

   On July 29, 2021, counsel with Sullivan & Worcester LLP filed appearances on behalf of Defendant Ebang. Counsel for Defendant Ebang does not represent Defendants Dong Hu and Lei Chen and is not authorized to accept service on their behalf. Counsel for Defendant Ebang advises the Court that Defendants Hu and Chen are not represented by counsel.

   Neither Lead Plaintiff nor Defendant Ebang are aware of any efforts made prior to Lead Plaintiff's appointment to serve Defendants Hu and Chen. Lead Plaintiff anticipates filing a motion for additional time

NEW YORK  ·  WASHINGTON, D.C.  ·  CONNECTICUT  ·  CALIFORNIA

LEVI&KORSINSKYLLP

July 30, 2021
Page 2 of 2

to serve the individual defendants.[1]

### III.  Proposed Pleadings Schedule

Pursuant to the terms of the Securities Exchange Act (as amended by the PSLRA) (*see* 15 U.S.C. § 78u-4(b)(3)(B)), all discovery is stayed pending resolution of any motion to dismiss filed by Defendant Ebang. Lead Plaintiff anticipates filing an amended complaint in this matter, and Defendant Ebang anticipates filing a dismissal motion in response to the amended complaint. Lead Plaintiff and Defendant Ebang, through counsel, have conferred and agree, subject to Your Honor's approval, to the following proposed deadlines for filing the amended complaint and briefing on Defendant Ebang's anticipated motion to dismiss:

| *Event* | *Date Due* |
|---|---|
| Lead Plaintiff's Amended Complaint | October 1, 2021 |
| Defendant Ebang's Motion to Dismiss | December 20, 2021 |
| Lead Plaintiff's Opposition | February 18, 2022 |
| Defendant Ebang's Reply | March 21, 2022 |

*       *       *

The parties are available to provide any further guidance, should the Court have any questions regarding the above matters.

Very truly yours,

Shannon L. Hopkins

---

[1] Lead Plaintiff notes that the Chinese Central Authority for the Hague Conference on Private International Law estimates that, in the ordinary course (which ostensibly does not account for any delays caused by the pandemic), the time for execution of a request for service  is "[a]round 6 months[.]"  *See* HCCH China – Central Authority and practical information, https://www.hcch.net/en/states/authorities/details3/?aid=243 (last visited July 30, 2021).

NEW YORK  •  WASHINGTON, D.C.  •  CONNECTICUT  •  CALIFORNIA

Application GRANTED.  The Court approves of the parties' proposed briefing schedule related to Lead Plaintiff's filing of an Amended Complaint and Defendant's anticipated motion to dismiss.

Date:      August 2, 2021
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE