**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TOMMIE ZAKER, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EBANG INTERNATIONAL HOLDINGS INC., DONG HU, and LEI CHEN, <br><br> Defendants. | Case No.: 1:21-cv-03060-KPF <br><br> Hon. Katherine Polk Failla |



## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Court-appointed lead plaintiff Gowrisankar Naidu Galla ("Lead Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action without prejudice. No class has been certified, and defendants have not answered the complaint, nor moved for summary judgment. No Defendant has filed a motion for summary judgment in this matter or answer to Lead Plaintiff's Complaint. Each party agrees to bear their own costs.

DATED: October 1, 2021

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Shannon L. Hopkins*
Shannon L. Hopkins (SH-1887)
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Lead Counsel for Dr. Gowrisankar Naidu*
*Galla, and Lead Counsel for the Class*

In light of Lead Plaintiff's dismissal of claims in this case, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close the case.

Date:     October 4, 2021                    SO ORDERED.
          New York, New York


HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE